# **EXHIBIT C**

Exhibit C

| Bank Name | Company | Purpose | Last 4 Digits of Account Number |
|---|---|---|---|
| CIBC | CMC II, LLC | Operating Account | 5155 |
| CIBC | CMC II, LLC | Payroll Disbursement Account | 5171 |
| CIBC | CMC II, LLC | Accounts Payable Disbursement Account | 2543 |
| CIBC | CMC II, LLC | Utilities Deposits | 2000 |
| Wells Fargo | 803 Oak Street Operations LLC | Depository Account - Government Receivables | 5011 |
| Wells Fargo | 803 Oak Street Operations LLC | Depository Account - Non-Government Receivables | 7257 |
| CIBC | 803 Oak Street Operations LLC | Depository - Government Receivables | 3300 |
| CIBC | 803 Oak Street Operations LLC | Depository - Non-Government Receivables | 9099 |
| CIBC | 803 Oak Street Operations LLC | Operating Account | 6572 |
| CIBC | 803 Oak Street Operations LLC | Payroll Disbursement Account | 1603 |
| CIBC | 803 Oak Street Operations LLC | Accounts Payable Disbursement Account | 4073 |
| Regions | 803 Oak Street Operations LLC | Petty Cash Account | 9986 |
| Regions | 803 Oak Street Operations LLC | Care Cost Account | 9978 |
| Regions | 803 Oak Street Operations LLC | Resident Trust Account | 9994 |
| Wells Fargo | 207 Marshall Drive Operations LLC | Depository Account - Government Receivables | 4907 |
| Wells Fargo | 207 Marshall Drive Operations LLC | Depository Account - Non-Government Receivables | 2306 |
| CIBC | 207 Marshall Drive Operations LLC | Depository - Government Receivables | 6617 |
| CIBC | 207 Marshall Drive Operations LLC | Depository - Non-Government Receivables | 4976 |
| CIBC | 207 Marshall Drive Operations LLC | Main Operating Account | 9128 |
| CIBC | 207 Marshall Drive Operations LLC | Payroll Disbursement Account | 0796 |
| CIBC | 207 Marshall Drive Operations LLC | Accounts Payable Disbursement Account | 3288 |
| PNC | 207 Marshall Drive Operations LLC | Petty Cash Account | 6013 |
| PNC | 207 Marshall Drive Operations LLC | Care Cost Account | 6005 |
| PNC | 207 Marshall Drive Operations LLC | Resident Trust Account | 5993 |