# **EXHIBIT D**

**CMC II, LLC Funds Flow[1]**



**Operators Funds Flow[1]**



1.  This funds flow does not purport to include all Bank Accounts. Please refer to the Motion for a complete description of all Bank Accounts.