**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CMC II, LLC,[1] | Case No. 21-10461 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 11, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Motion of Debtors for Entry of Orders (I)(A) Establishing Bidding Procedures for the Sales of the SNF Assets and Manager and Remaining Assets; (B) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (C) Approving Form and Manner of Notice; (D) Scheduling a Hearing to Consider Any Proposed Sale; and (E) Granting Certain Related Relief; and (II)(A) Approving Sales of the SNF Assets and Manager and Remaining Assets; (B) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (C) Granting Related Relief** (Docket No. 54)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: March 15, 2021

/s/ James Nguyen-Phan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 15th day of March 2021, by James Nguyen-Phan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: CMC II, LLC (6973), Salus Rehabilitation, LLC (4037), 207 Marshall Drive Operations LLC (8470), 803 Oak Street Operations LLC (3900), Sea Crest Health Care Management, LLC (2940), and Consulate Management Company, LLC (5824). The address of the Debtors' corporate headquarters is 800 Concourse Parkway South, Maitland, Florida 32751.

# **<u>Exhibit A</u>**



## Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AGENCY FOR HEALTH CARE ADMINISTRATION | | 2727 MAHAN DRIVE | | | TALLAHASSEE | FL | 32308 | |
| AIQ FINANCIAL, LLC | | 1005 OAK CREEK ROAD | | | RALEIGH | NC | 27615 | |
| ALABAMA DEPARTMENT OF REVENUE | | 50 NORTH RIPLEY STREET | | | MONTGOMERY | AL | 36104 | |
| ALABAMA MEDICAID | C/O LEGAL DEPT | 501 DEXTER AVENUE | | | MONTGOMERY | AL | 361034 | |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | |
| ALABAMA STATE TREASURY | UNCLAIMED PROPERTY DIVISION | RSA UNION BLDG 100 N UNION ST STE 636 | | | MONTGOMERY | AL | 36104 | |
| ANGELA RUCKH, AS RELATOR FOR THE UNITED STATES OF AMERICA | C/O KELLOGG HANSEN TODD FIEGL & FREDERICK, PLLC | ATTN BRADLEY OPPENHEIMER, DEREK HO, SILVIJA STRIKIS, JAMES WEBSTER III & JOSEPH HALL | 1615 M ST NW STE 400 | | WASHINGTON | DC | 20036 | |
| ARKANSA SOFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | STE 200 | | LITTLE ROCK | AR | 72201 | |
| ARKANSAS AUDITOR OF STATE | | UNCLAIMED PROPERTY DIVISION | 1401 W CAPITOL AVE, STE 325 | | LITTLE ROCK | AR | 72201 | |
| ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION | CORPORATION INCOME TAX OFFICE | LEDBETTER BUILDING | 1816 W 7TH ST, RM 2250 | | LITTLE ROCK | AR | 72201 | |
| ARKANSAS DIVISION OF MEDICAL SERVICES | DEPARTMENT OF HUMAN SERVICES | P. O. BOX 1437, SLOT S401 | DONAGHEY PLAZA SOUTH | | LITTLE ROCK | AR | 72203-1437 | |
| ASCENTIUM CAPITAL LLC | | 23970 HWY 59 N | | | KINGWOOD | TX | 77339 | |
| BERTHA OWSLEY, AS EXECUTRIX OF THE ESTATE OF MANIS OWSLEY | C/O MORGAN & MORGAN | ATTN: TYLER KOCH, ESQ. | 333 WEST VINE STREET | STE 1200 | LEXINGTON | KY | 40507 | |
| BRYAN FIKE AS PR OF THE ESTATE OF ROBERT FIKE | ATTN: ALLAN PARVEY, ESQ. & CARLOS CAVENAGO, III, ESQ. | 2069 FIRST STREET | | | FORT MYERS | FL | 33993 | |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES | WILL LIGHTBOURNE?, DIRECTOR | P.O. BOX 997413, MS 0000 | | | SACRAMENTO | CA | 95899-7413 | |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION | P.O. BOX 942879 | P.O. BOX 942879 | | | SACRAMENTO | CA | 94279 | |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | |
| CALIFORNIA STATE CONTROLLER | | UNCLAIMED PROPERTY DIVISION | 10600 WHITE ROCK RD, STE 141 | | RANCHO CORDOVA | CA | 95670 | |
| CALIFORNIA TAX SERVICE CENTER | FRANCHISE TAX BOARD | PO BOX 942857 | | | SACRAMENTO | CA | 94257-0500 | |
| CENTERS FOR MEDICARE | & MEDICAID SERVICES | 7500 SECURITY BLVD | | | BALTIMORE | MD | 21244 | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES (CMS) | C/O LEGAL DEPT | 7500 SECURITY BLVD | | | BALTIMORE | MD | 21244 | |
| CIT FINANCE LLC | | 10201 CENTURION PARKWAY NORTH, SUITE 100 | | | JACKSONVILLE | FL | 32256 | |
| CITY OF ROANOKE TREASURER | | P.O. BOX 1451 | | | ROANOKE | VA | 24007-1451 | |
| CLAY COUNTY TAX COLLECTOR | | P.O. BOX 218 | | | GREEN COVE SPRINGS | FL | 32043 | |
| CMS - REGION III - DELAWARE | C/O LEGAL DEPT | 801 MARKET ST, SUITE 9400 | | | PHILADELPHIA | PA | 19107-3134 | |
| CMS - REGION III - MARYLAND | C/O LEGAL DEPT | 801 MARKET ST, SUITE 9400 | | | PHILADELPHIA | PA | 19107-3134 | |
| CMS - REGION III - PENNSYLVANIA | C/O LEGAL DEPT | 801 MARKET ST, SUITE 9400 | | | PHILADELPHIA | PA | 19107-3134 | |
| CMS - REGION III - VIRGINIA | C/O LEGAL DEPT | 801 MARKET ST, SUITE 9400 | | | PHILADELPHIA | PA | 19107-3134 | |
| CMS - REGION III - WEST VIRGINIA | C/O LEGAL DEPT | 801 MARKET ST, SUITE 9400 | | | PHILADELPHIA | PA | 19107-3134 | |
| CMS - REGION IV - ALABAMA | C/O LEGAL DEPT | ATLANTA FEDERAL CENTER, 4TH FLOOR | 61 FORSYTH STREET, SW | SUITE 4T20 | ATLANTA | GA | 30303-8909 | |
| CMS - REGION IV - FLORIDA | C/O LEGAL DEPT | ATLANTA FEDERAL CENTER, 4TH FLOOR | 61 FORSYTH STREET, SW | SUITE 4T20 | ATLANTA | GA | 30303-8909 | |
| CMS - REGION IV - GEORGIA | C/O LEGAL DEPT | ATLANTA FEDERAL CENTER, 4TH FLOOR | 61 FORSYTH STREET, SW | SUITE 4T20 | ATLANTA | GA | 30303-8909 | |
| CMS - REGION IV - KENTUCKY | C/O LEGAL DEPT | ATLANTA FEDERAL CENTER, 4TH FLOOR | 61 FORSYTH STREET, SW | SUITE 4T20 | ATLANTA | GA | 30303-8909 | |
| CMS - REGION IV - MISSISSIPPI | C/O LEGAL DEPT | ATLANTA FEDERAL CENTER, 4TH FLOOR | 61 FORSYTH STREET, SW | SUITE 4T20 | ATLANTA | GA | 30303-8909 | |
| CMS - REGION IV - NORTH CAROLINA | C/O LEGAL DEPT | ATLANTA FEDERAL CENTER, 4TH FLOOR | 61 FORSYTH STREET, SW | SUITE 4T20 | ATLANTA | GA | 30303-8909 | |
| CMS - REGION IV - SOUTH CAROLINA | C/O LEGAL DEPT | ATLANTA FEDERAL CENTER, 4TH FLOOR | 61 FORSYTH STREET, SW | SUITE 4T20 | ATLANTA | GA | 30303-8909 | |
| CMS - REGION IV - TENNESSEE | C/O LEGAL DEPT | ATLANTA FEDERAL CENTER, 4TH FLOOR | 61 FORSYTH STREET, SW | SUITE 4T20 | ATLANTA | GA | 30303-8909 | |
| CMS - REGION IX - CALIFORNIA | C/O LEGAL DEPT | 90 7TH STREET, #5-300 (W) | | | SAN FRANCISCO | CA | 94103-6706 | |
| CMS - REGION V - MINNESOTA | C/O LEGAL DEPT | 233 NORTH MICHIGAN AVENUE, SUITE 600 | | | CHICAGO | IL | 60601 | |
| CMS - REGION V - OHIO | C/O LEGAL DEPT | 233 NORTH MICHIGAN AVENUE, SUITE 600 | | | CHICAGO | IL | 60601 | |
| CMS - REGION VI - ARKANSAS | C/O LEGAL DEPT | 1301 YOUNG STREET, ROOM 714 | | | DALLAS | TX | 75202 | |
| CMS - REGION VI - LOUISIANA | C/O LEGAL DEPT | 1301 YOUNG STREET, ROOM 714 | | | DALLAS | TX | 75202 | |
| CMS - WASHINGTON DC OFFICE | C/O LEGAL DEPT | THE HUBERT H. HUMPHERY BUILDING | 200 INDEPENDENCE AVE., S.W. | | WASHINGTON | DC | 20001 | |
| COMPTROLLER OF MARYLAND | | 301 W PRESTON ST | | | BALTIMORE | MD | 21201 | |
| COMPTROLLER OF MARYLAND | | UNCLAIMED PROPERTY | 80 CALVERT ST PO BOX 466 | | ANNAPOLIS | MD | 21404-0466 | |
| CONINTLO LLC | ATTN: LEGAL DEPARTMENT | ONE GLEN PARK AVENUE, SUITE 101 | | | TORONTO | ON | M6B 4M5 | CANADA |
| CONSULATE HEALTH CARE | C/O LA VIE CARE CENTERS LLC | 800 CONCOURSE PARKWAY SUITE 200 | ATTN DANIEL DIAS CHIEF CORPORATE COUNSEL | | MAITLAND | FL | 32751 | |
| CPSTN OPERATIONS, LLC | C/O SKADDEN ARPS SLATE MEAGHER & FLOM, LLP | ATTN: CARL T. TULLSON | ONE RODNEY SQUARE, 920 N. KING STREET | | WILMINGTON | DE | 19801 | |
| CPSTN OPERATIONS, LLC | & FLOM, LLP | ESQ. | 155 NORTH WACKER DRIVE | | CHICAGO | IL | 60606-1720 | |
| CT CORPORATION SYSTEM, AS REPRESENTATIVE | ATTN: SPRS | 330 N BRAND BLVD, SUITE 700 | | | GLENDALE | CA | 91203 | |
| DC HEALTH | | 899 NORTH CAPITOL STREET, NE | | | WASHINGTON | DC | 20002 | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | | 1111 OLD EAGLE SCHOOL ROAD | | | WAYNE | PA | 19087 | |
| DEKALB COUNTY TAX COMMISSIONER | | P.O. BOX 100004 | | | DECATUR | GA | 30031-7004 | |
| DEKALB COUNTY TAX COMMISSIONER | | PO BOX 100004 | | | DECATUR | GA | 30031-7004 | |
| DEKALB COUNTY TAX COMMISSIONER, COLLECTIONS DIVISION | | P.O. BOX 100004 | | | DECATUR | GA | 30031 | |
| DELAWARE DEPARTMENT OF FINANCE | OFFICE OF UNCLAIMED PROPERTY | PO BOX 8931 | | | WILMINGTON | DE | 19899-8931 | |
| DELAWARE DEPARTMENT OF JUSTICE | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH STREET | | WILMINGTON | DE | 19801 | |
| DELAWARE MEDICAID & MEDICAL ASSISTANCE | | 1901 N. DUPONT HIGHWAY | DHSS HERMAN HOLLOWAY CAMPUS, LEWIS BUILDING | | NEW CASTLE | DE | 19720 | |
| DELAWARE STATE TREASURY | | 820 SILVER LAKE BLVD., SUITE 100 | | | DOVER | DE | 19904 | |
| DELL FINANCIAL SERVICES L.P. | | MAIL STOP-PS2DF-23 ONE DELL WAY | | | ROUND ROCK | TX | 78682 | |
| DERWENT & ASSOCIATES, PLLC | ATTN: MARK E. DERWENT | 5960 TAHOE DR., SE, SUITE 1O1 | | | GRAND RAPIDS | MI | 49546 | |
| DISTRICT OF COLUMBIA | | UNCLAIMED PROPERTY DIVISION | OFFICE OF THE CFO | 1350 PENNSYLVANIA AVE, NW STE 203 | WASHINGTON | DC | 20004 | |
| DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE | 1101 4TH ST. SW # 270 | | | | WASHINGTON | DC | 20024 | |



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DOROTHY FLEMING BY AND THROUGH CYNTHIA MYERS, ATTORNEY-IN-FACT | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| ELEMENT FINANCIAL CORP. | | 655 BUSINESS CENTER DRIVE | | | HORSHAM | PA | 19044 | |
| ESTATE OF ANNIE RUTH HURLEY BY AND THROUGH THE PR, BARBARA HURLEY | C/O FARAH & FARAH | ATTN: LAURENCE C. HUTTMAN, ESQ | 10 WEST ADAMS ST | | JACKSONVILLE | FL | 32202 | |
| ESTATE OF AUDREY G. PARKER BY AND THROUGH GARY PARKER, PERSONAL REPRESENTATVE | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| ESTATE OF BEDIE FINLEY BY AND THROUGH ANN PATE PERSONAL REPRESENTATIVE | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| ESTATE OF DOROTHY MENDOLA | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| ESTATE OF FRANCES PAULINE HARPER BY JUDY ANN SILENCE, PR | C/O MCHUGH FULLER LAW GROUP | ATTN: LANCE REINS, ESQ. | 97 ELIAS WHIDDON ROAD | | HATTISBURG | MS | 39402 | |
| ESTATE OF GEORGIA ROSELEE WREN BY AND THROUGH FAYERAN L. NORMAN, PERSONAL REPRESENTATIVE | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| ESTATE OF PORTER WILEY SR. BY AND THROUGH LILLIE WILEY, PERSONAL REPRESENTATIVE | C/O MENDES, REINS & WILANDER + WILKES & MCHUGH | 4401 W. KENNEDY BLVD. | SUITE 250 | | TAMPA | FL | 33609 | |
| ESTATE OF SHEILA BALDREE BY AND THROUGH DOUGLAS STALLEY, PR | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| ESTATE OF WAVER NASH BY AND THROUGH SADIE JANE BELLEMY, PR | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| FC ENCORE BRADENTON, LLC | | 3500 LENOX ROAD NE , SUITE 510 | | | ATLANTA | GA | 30326 | |
| FC ENCORE GREEN COVE SPRINGS, LLC | | 303 INTERNATIONAL CIRCLE SUITE 200 | | | HUNT VALLEY | MD | 21030 | |
| FC ENCORE GREEN COVE SPRINGS, LLC & FC ENCORE PERRY, LLC | C/O FERGUSON BRASWELL FRASER KUBASTA P.C. | ATTN: LEIGHTON AIKEN, ESQ. | 2500 DALLAS PARKWAY | SUITE 600 | PLANO | TX | 75093 | |
| FC ENCORE GREEN COVE SPRINGS, LLC & FC ENCORE PERRY, LLC | C/O SAUL EWING ARNSTEIN & LEHR LLP | ATTN: JOHN D. DEMMY, ESQ. | 1201 N. MARKET ST STE 2300 | PO BOX 1266 | WILMINGTON | DE | 19899 | |
| FC ENCORE PERRY, LLC | | 303 INTERNATIONAL CIRCLE SUITE 200 | | | HUNT VALLEY | MD | 21030 | |
| FINANCIAL PACIFIC LEASING INC. | | PO BOX 4568 | | | FEDERAL WAY | WA | 98063 | |
| FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION | | 2727 MAHAN DRIVE | | | TALLAHASSEE | FL | 32308 | |
| FLORIDA HEALTH CARE ASSOC | | PO BOX 1459 | | | TALLAHASSEE | FL | 32302-1459 | |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | STATE OF FLORIDA | THE CAPITOL PL?01 | | TALLAHASSEE | FL | 32399 | |
| FLORIDA STATE TREASURY | | UNCLAIMED PROPERTY DIVISION | 200 E GAINES ST | | TALLAHASSEE | FL | 32399-0343 | |
| GARY D. BASS | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| GENESIS REHABILITATION SVCS | MICHAEL SHERMAN, SENIOR VICE PRESIDENT, GENERAL COUNSEL | LOCKBOX# 821322 | RT. 38 & EAST GATE DRIVE | | MOORESTOWN | NJ | 08057 | |
| GEORGIA DEPARTMENT OF REVENUE | PO BOX 740321 | | | | ATLANTA | GA | 30374-0321 | |
| GEORGIA DEPT OF COMMUNITY HEALTH | | 2 PEACHTREE STREET, NW | | | ATLANTA | GA | 30303 | |
| GEORGIA DEPT OF REVENUE | | UNCLAIMED PROPERTY PROGRAM | 4125 WELCOME ALL RD STE 701 | | ATLANTA | GA | 30349-1824 | |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | |
| HANMI BANK | | 3660 W. WILSHIRE BLVD., #PH-A | | | LOS ANGELES | CA | 90010 | |
| HEALTHCARE SERVICES GROUP | JASON BUNDICK, ESQ. | 3220 TILMAN DRIVE SUITE #300 | | | BENSALEM | PA | 19020 | |
| HEALTHY LOUISIANA | | PO BOX 1097 | | | ATLANTA | GA | 30301-9913 | |
| INTERNAL REVENUE SERVICE | | P.O. BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| INTERNAL REVENUE SERVICE (IRS) | | 1111 CONSTITUTION AVENUE NORTHWEST | | | WASHINGTON | DC | 20224 | |
| JAMES EDWARD FOSTER | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| KENTUCKY CABINET FOR HEALTH AND FAMILY SERVICES | | 275 E MAIN ST | | | FRANKFORT | KY | 40621 | |
| KENTUCKY DEPARTMENT OF REVENUE | | 501 HIGH STREET | | | FRANKFORT | KY | 40601 | |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | | CAPITOL BUILDING | 700 CAPITOL AVE STE 118 | | FRANKFORT | KY | 40601 | |
| KENTUCKY STATE TREASURER | | UNCLAIMED PROPERTY DIVISION | 1050 US HIGHWAY 127 SOUTH, STE 100 | | FRANKFORT | KY | 40601 | |
| KEY BANK NATIONAL ASSOCIATION | | 8115 PRESTON ROAD, SUITE 800 | | | DALLAS | TX | 75225 | |
| LA VIE CARE CENTERS, LLC | ATTN: ASSET MANAGEMENT - LA VIE PORTFOLIO | 3500 LENOX RD, SUITE 510 | | | ATLANTA | GA | 30326 | |
| LA VIE CARE CENTERS, LLC | ATTN: COMPLIANCE | 3500 LENOX RD, SUITE 510 | | | ATLANTA | GA | 30326 | |
| LOUISIANA DEPARTMENT OF REVENUE | | 617 NORTH THIRD STREET | | | BATON ROUGE | LA | 70802 | |
| LOUISIANA DEPT OF THE TREASURY | | UNCLAIMED PROPERTY DIVISION | P.O. BOX 91010 | | BATON ROUGE | LA | 70821-9010 | |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | | 1885 N. THIRD ST | | | BATON ROUGE | LA | 70802 | |
| MARY HOLT BY AND THROUGH TERESA MARGRAF, AS PERSONAL REPRSENTATIVE OF THE ESTATE | C/O DISTASIO LAW FIRM | ATTN: SCOTT DISTASIO, ESQ. | 1112 CHANNELSIDE DRIVE STE 5 | | TAMPA | FL | 33602 | |
| MARY JEWELL FOR WILLIAM JEWELL, DECEASED | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| MARYLAND DEPT OF HEALTH AND MENTAL HYGIENE | | 201 W PRESTON ST | | | BALTIMORE | MD | 21201 | |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PL | | | BALTIMORE | MD | 21202 | |
| MEDLINE INDUSTRIES INC | ATTN: JIMMY ABRAMS, COO | 500 ROSS ST | ROOM 154-0460 | ATTN 382075 | PITTSBURGH | PA | 15262 | |
| MICROSOFT CORPORATION | ATTN: DEV STAHLKOPF | 1950 N STEMMONS FWY | STE 5010 | | DALLAS | TX | 75207 | |
| MIDCAP FUNDING IV TRUST, AS AGENT | | 7255 WOODMONT AVENUE, SUITE 200 | | | BETHESDA | MD | 20814 | |
| MIDCAP FUNDING IV, LLC, AS ADMINISTRATIVE AGENT | | 7255 WOODMONT AVENUE, SUITE 200 | | | BETHESDA | MD | 20814 | |
| MINNESOTA DEPARTMENT OF REVENUE | MINNESOTA REVENUE | 600 N. ROBERT ST. | | | ST. PAUL | MN | 55146 | |
| MINNESOTA DEPT OF COMMERCE | | UNCLAIMED PROPERTY DIVISION | MAIN OFFICE, GOLDEN RULE BLDG | 85 7TH PLACE E, STE 280 | ST. PAUL | MN | 55101 | |
| MINNESOTA HEALTH CARE ADMINISTRATION | | PO BOX 64983 | | | ST PAUL | MN | 55164-0983 | |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 | |
| MISSISSIPPI DEPARTMENT OF REVENUE | | 500 CLINTON CENTER DRIVE | | | CLINTON | MS | 390056 | |
| MISSISSIPPI DIVISION OF MEDICAID | | 550 HIGH ST SUITE 1000 | | | JACKSON | MS | 39201 | |

In re: CMC II, LLC, et al.
Case No. 21-10461 (JTD)

Page 2 of 4



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST STE 1200 | | JACKSON | MS | 39201 | |
| MODCOMP INC | ALEXANDER R LUPINETTI | CSPI TECHNOLOGY SOLUTIONS | 1182 EAST NEWPORT CENTER DRIVE | | DEERFIELD BEACH | FL | 33442 | |
| NFS LEASING, INC. | | 900 CUMMINGS CENTER | SUITE 226-U | | BEVERLY | MA | 01915 | |
| NORTH CAROLINA ATTORNEY GENERAL'S OFFICE | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | |
| NORTH CAROLINA DEPARTMENT OF REVENUE | | POST OFFICE BOX 25000 | | | RALEIGH | NC | 27640-0640 | |
| NORTH CAROLINA MEDICAID | | 2501 MAIL SERVICE CENTER | | | RALEIGH | NC | 27699-2501 | |
| NORTH CAROLINA STATE TREASURER | | UNCLAIMED PROPERTY DIVISION | 3200 ATLANTIC AVE | | RALEIGH | NC | 27604 | |
| OFFICE BUSINESS SOLUTIONS LLC AND/OR ASSIGNEE | | 920 WEST 47TH STREET | | | KANSAS CITY | MO | 64112 | |
| OFFICE OF THE ATTORNEY GENERAL OF THE DISTRICT OF COLUMBIA | | 441 4TH ST NW | SUITE 1100 | | WASHINGTON | DC | 20001 | |
| OFFICE OF THE MS. STATE TREASURER | | UNCLAIMED PROPERTY DIVISION | 501 NORTH W ST, STE 1101 | | JACKSON | MS | 39201 | |
| OFFICE OF THE U.S. TRUSTEE | ATTN: LINDA J. CASEY,ESQ. TRIAL ATTORNEY US DOJ | 844 KING STREET SUITE 2207 | LOCKBOX 35 | | WILMINGTON | DE | 19801 | |
| OHIO ATTORNEY GENERAL'S OFFICE | | STATE OFFICE TOWER | 30 E BROAD ST 14TH FL | | COLUMBUS | OH | 43215 | |
| OHIO DEPARTMENT OF TAXATION | | P.O. BOX 27 | | | COLUMBUS | OH | 43216-0027 | |
| OHIO DEPT OF COMMERCE | DIVISION OF UNCLAIMED FUNDS | 77 SOUTH HIGH ST, 20TH FL | | | COLUMBUS | OH | 43215-6108 | |
| OHIO DEPT OF MEDICAID | | 50 W TOWN ST STE 400 | | | COLUMBUS | OH | 43215 | |
| OMEGA HEALTHCARE INVESTORS, INC. | ATTN.: DANIEL J. BOOTH | 303 INTERNATIONAL CIRCLE, SUITE 200 | | | HUNT VALLEY | MD | 21030 | |
| OMNICARE INC | ATTN: PAUL BRODNICKI II, GENERAL COUNSEL | DEPT# 781668 | PO BOX 78000 | | DETROIT | MI | 48278-1668 | |
| ORANGE COUNTY TAX COLLECTOR | | P.O. BOX 545100 | | | ORLANDO | FL | 32854 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE | | PO BOX 280905 | | | HARRISBURG | PA | 17128-0905 | |
| PENNSYLVANIA DEPT OF HUMAN SERVICES | OFFICE OF MEDICAL ASSISTANCE SALLY KOZAK | P.O. BOX 2675 | | | HARRISBURG | PA | 17050 | |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 | |
| PENNSYLVANIA STATE TREASURY | | UNCLAIMED PROPERTY DIVISION | 4TH FL, RIVERFRONT OFFICE CTR | 1101 SOUTH FRONT ST | HARRISBURG | PA | 17104-2516 | |
| PEOPLES UNITED BANK | | ONE POST OFFICE SQUARE | SUITE 3710 | | BOSTON | MA | 02109 | |
| PIVOT HEALTH LAW, LLC | SUSAN N. GOODMAN, PATIENT CARE OMBUDSMAN | P.O. BOX 69734 | | | ORO VALLEY | AZ | 85737 | |
| PNC EQUIPMENT FINANCE, LLC | | 655 BUSINESS CENTER DRIVE, SUITE 250 | | | HORSHAM | PA | 19044 | |
| RICHARD JOHN BROWN | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| ROBERT A. LEE BY AND THROUGH ROBERT E. LEE, ATTORNEY IN FACT | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| RUTH ANN DUGAN BY AND THROUGH ROSEMARIE CASEMAN, ATTORNEY-IN-FACT | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| SANDRA MASTERS | C/O WILKES & MCHUGH - TAMPA | ONE NORTH DALE MABRY HWY | STE 800 | | TAMPA | FL | 33609 | |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS - FRANCHISE TAX | P.O. BOX 898 | | | DOVER | DE | 19903 | |
| SECURITIES & EXCHANGE COMMISSION | | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE | 200 VESEY STREET, SUITE 400 | BROOKFIELD PLACE | NEW YORK | NY | 10281-1022 | |
| SHARON MILLER AS ADMIN OF ESTATE OF SUTTERPHINE MILLER | C/O WILLIAMS, NEWMAN, WILLIAMS | ATTN: R. PAUL WILLIAMS, III, ESQ. | P.O. BOX 23785 | | JACKSON | MS | 39225 | |
| SOUTH CAROLINA DEPARTMENT OF REVENUE | | PO BOX 125 | | | COLUMBIA | SC | 29214-0400 | |
| SOUTH CAROLINA HEALTHY CONNECTIONS MEDICAID | | P. O. BOX 8206 | | | COLUMBIA | SC | 29202-8206 | |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST RM 519 | | COLUMBIA | SC | 29201 | |
| SOUTH CAROLINA STATE TREASURY | | UNCLAIMED PROPERTY PROGRAM | WADE HAMPTON BLDG | 1200 SENATE ST, ROOM 214 | COLUMBIA | SC | 29201 | |
| STATE OF DELAWARE | DIVISION OF CORPORATIONS | PO BOX 898 | | | DOVER | DE | 19903 | |
| STATE OF DELAWARE DIVISION OF REVENUE | 820 N. FRENCH STREET | | | | WILMINGTON | DE | 19801 | |
| STATE OF FLORIDA DEPARTMENT OF REVENUE | | 50 WEST TENNESSEE STREET | | | TALLAHASSEE | FL | 32399 | |
| STATE OF GEORGIA DEPARTMENT OF REVENUE | | 1800 CENTURY BOULEVARD, NE | | | ATLANTA | GA | 30345 | |
| STATE OF TENNESSEE | | UNCLAIMED PROPERTY DIVISION | ANDREW JACKSON STATE OFFICE BLDG | 502 DEADERICK ST, 15TH FL | NASHVILLE | TN | 37243-0203 | |
| SUSAN N. GOODMAN | c/o PIVOT HEALTH LAW, LLC | P.O. BOX 69734 | | | ORO VALLEY | AZ | 85737 | |
| TAYLOR COUNTY | TAYLOR COUNTY TAX COLLECTOR | PO BOX 30 | | | PERRY | FL | 32348 | |
| TENNESSEE DEPARTMENT OF REVENUE | | 500 DEADERICK STREET | | | NASHVILLE | TN | 37242 | |
| TENNESSEE DIVISION OF TENNCARE | | 310 GREAT CIRCLE RD | | | NASHVILLE | TN | 37243 | |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | 301 6TH AVE N | | | NASHVILLE | TN | 37243 | |
| TREASURER CITY OF ROANOKE | | P.O. BOX 1451 | | | ROANOKE | VA | 24007-1451 | |
| TRIDENT | ATTN: TOM MCCAFFERY, GENERAL COUNSEL | 6400 PINECREST DR., SUITE 100 | | | PLANO | TX | 75024 | |
| TRIDENT HOLDING COMPANY, LLC | C/O TOGUT, SEGAL & SEGAL LLP | ATTN: FRANK A. OSWALD, ESQ. & MINTA ESTER, ESQ. | ONE PENN PLAZA | SUITE 3335 | NEW YORK | NY | 10119 | |
| U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES | | 200 INDEPENDENCE AVENUE, S.W. | | | WASHINGTON | DC | 20201 | |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | 451 7TH STREET S.W. | | | WASHINGTON | DC | 20410 | |
| U.S. DEPARTMENT OF JUSTICE | CIVIL DIVISION | ALASTAIR GESMUNDO & MINIARD CULPEPPER JR | PO BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEYS OFFICE | 1313 N MARKET STREEET | | | WILMINGTON | DE | 19801 | |
| US DEPT OF HOUSING AND URBAN DEVELOPMENT OFC OF RESIDENTIAL CARE | | 451 SEVENTH ST., S.W. | | | WASHINGTON | DC | 20410 | |
| VIRGINIA DEPARTMENT OF TAXATION | | PO BOX 1500 | | | RICHMOND | VA | 23218-1500 | |
| VIRGINIA DEPT OF MEDICAL ASSISTANCE | ATTN DIRECTORS OFFICE | 600 EAST BROAD ST | | | RICHMOND | VA | 23219 | |

In re: CMC II, LLC, et al.
Case No. 21-10461 (JTD)

Page 3 of 4



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| VIRGINIA DEPT OF THE TREASURY | | UNCLAIMED PROPERTY DIVISION | JAMES MONROE BLDG, 3RD FL | 101 NORTH 14TH ST | RICHMOND | VA | 23219 | |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N. NINTH ST. | | | RICHMOND | VA | 23219 | |
| WEST VIRGINIA DEPT OF HEALTH & HUJMAN RESOURCES | OFFICE OF THE SECRETARY | 1 DAVIS SQUARE SUITE 100 EAST | | | CHARLESTON | WV | 25301 | |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | STATE CAPITOL, 1900 KANAWHA BLVD E | BUILDING 1 RM E-26 | | CHARLESTON | WV | 25305 | |
| WEST VIRGINIA STATE TAX DEPARTMENT | THE REVENUE CENTER | 1001 LEE ST. E. | | | CHARLESTON | WV | 25301 | |
| WEST VIRGINIA TREASURER'S OFFICE | | UNCLAIMED PROPERTY DIVISION | STATE CAPITOL, ROOM E-145 | 1900 KANAWHA BLVD, E | CHARLESTON | WV | 25305 | |
| WILLIAM C. AKERS, JR. INDIVIDUALLY & AS ADMINISTRATOR OF ESTATE OF ELEWEASE AKERS | C/O MARKS, BALETTE, GIESSEL & YOUNG, PLLC | ATTN: JACQUES BALETTE, ESQ. | 7521 WESTVIEW | | HOUSTON | TX | 77055 | |

In re: CMC II, LLC, et al.
Case No. 21-10461 (JTD)

Page 4 of 4

# **Exhibit B**



## Exhibit B
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| AIQ FINANCIAL, LLC | | INFO@AIQ.COM |
| ALABAMA STATE TREASURY | UNCLAIMED PROPERTY DIVISION | UNCLAIMED@TREASURY.ALABAMA.GOV |
| ANGELA RUCKH, AS RELATOR FOR THE UNITED STATES OF AMERICA | C/O KELLOGG HANSEN TODD FIEGL & FREDERICK, PLLC | BOPPENHEIMER@KHHTE.COM<br>DHO@KELLOGGHANSEN.COM<br>SSTRIKIS@KELLOGGHANSEN.COM<br>JWEBSTER@KELLOGGHANSEN.COM<br>JHALL@KELLOGGHANSEN.COM |
| ARKANSAS AUDITOR OF STATE | | INFO@AUDITOR.AR.GOV |
| ASCENTIUM CAPITAL LLC | | SERVICE@ASCENTIUMCAPITAL.COM |
| BERTHA OWSLEY, AS EXECUTRIX OF THE ESTATE OF MANIS OWSLEY | C/O MORGAN & MORGAN | TFORSYTHE@FORTHEPEOPLE.COM |
| BRYAN FIKE AS PR OF THE ESTATE OF ROBERT FIKE | ATTN: ALLAN PARVEY, ESQ. & CARLOS CAVENAGO, III, ESQ. | ALLAN@PARVEYFRANKEL.COM<br>CARLOS@PARVEYFRANKEL.COM |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION | | STATEINFO@STATE.CA.GOV |
| CIT FINANCE LLC | | CONTACT@CIT.COM |
| CLAY COUNTY TAX COLLECTOR | | DHUTCHINGS@CLAYCOUNTYTAX.COM |
| CMS - REGION III - DELAWARE | C/O LEGAL DEPT | ROPHIORA@CMS.HHS.GOV |
| CMS - REGION III - MARYLAND | C/O LEGAL DEPT | ROPHIORA@CMS.HHS.GOV |
| CMS - REGION III - PENNSYLVANIA | C/O LEGAL DEPT | ROPHIORA@CMS.HHS.GOV |
| CMS - REGION III - VIRGINIA | C/O LEGAL DEPT | ROPHIORA@CMS.HHS.GOV |
| CMS - REGION III - WEST VIRGINIA | C/O LEGAL DEPT | ROPHIORA@CMS.HHS.GOV |
| CMS - REGION IV - ALABAMA | C/O LEGAL DEPT | ROATLORA@CMS.HHS.GOV |
| CMS - REGION IV - FLORIDA | C/O LEGAL DEPT | ROATLORA@CMS.HHS.GOV |
| CMS - REGION IV - GEORGIA | C/O LEGAL DEPT | ROATLORA@CMS.HHS.GOV |
| CMS - REGION IV - KENTUCKY | C/O LEGAL DEPT | ROATLORA@CMS.HHS.GOV |
| CMS - REGION IV - MISSISSIPPI | C/O LEGAL DEPT | ROATLORA@CMS.HHS.GOV |
| CMS - REGION IV - NORTH CAROLINA | C/O LEGAL DEPT | ROATLORA@CMS.HHS.GOV |
| CMS - REGION IV - SOUTH CAROLINA | C/O LEGAL DEPT | ROATLORA@CMS.HHS.GOV |
| CMS - REGION IV - TENNESSEE | C/O LEGAL DEPT | ROATLORA@CMS.HHS.GOV |
| CMS - REGION IX - CALIFORNIA | C/O LEGAL DEPT | ROSFOORA@CMS.HHS.GOV |
| CMS - REGION V - MINNESOTA | C/O LEGAL DEPT | ROCHIORA@CMS.HHS.GOV |
| CMS - REGION V - OHIO | C/O LEGAL DEPT | ROCHIORA@CMS.HHS.GOV |
| CMS - REGION VI - ARKANSAS | C/O LEGAL DEPT | RODALORA@CMS.HHS.GOV |
| CMS - REGION VI - LOUISIANA | C/O LEGAL DEPT | RODALORA@CMS.HHS.GOV |
| CMS - WASHINGTON DC OFFICE | C/O LEGAL DEPT | ROPHIORA@CMS.HHS.GOV |
| COMPTROLLER OF MARYLAND | | UNCLAIM@MARYLANDTAXES.GOV |
| CPSTN OPERATIONS, LLC | C/O SKADDEN ARPS SLATE MEAGHER & FLOM, LLP | CARL.TULLSON@SKADDEN.COM |
| CPSTN OPERATIONS, LLC | C/O SKADDEN ARPS SLATE MEAGHER & FLOM, LLP | JAMES.MAZZA@SKADDEN.COM<br>ROBERT.FITZGERALD@SKADDEN.COM |
| CT CORPORATION SYSTEM, AS REPRESENTATIVE | ATTN: SPRS | INFO@WOLTERSKLUWER.COM |
| DC HEALTH | | DOH@DC.GOV |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | | NFO.US@DLLGROUP.COM<br>CONTACTUS@DLLGROUP.COM |
| DEKALB COUNTY TAX COMMISSIONER | | PROPTAX@DEKALBCOUNTYGA.GOV |
| DELAWARE DEPARTMENT OF FINANCE | OFFICE OF UNCLAIMED PROPERTY | ESCHEAT.CLAIMQUESTIONS@DELAWARE.GOV |
| DERWENT & ASSOCIATES, PLLC | ATTN: MARK E. DERWENT | MD@DERWENT.US |
| DISTRICT OF COLUMBIA | | DCUNCLAIMED.PROPERTY@DC.GOV |

In re: CMC II, LLC, et al.
Case No. 21-10461 (JTD)

Page 1 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE | | E-SERVICES.OTR@DC.GOV |
| DOROTHY FLEMING BY AND THROUGH CYNTHIA MYERS, ATTORNEY-IN-FACT | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM RDUTY@YOURCASEMATTERS.COM |
| ESTATE OF ANNIE RUTH HURLEY BY AND THROUGH THE PR, BARBARA HURLEY | C/O FARAH & FARAH | LHUTTMAN@FARAHANDFARAH.COM |
| ESTATE OF AUDREY G. PARKER BY AND THROUGH GARY PARKER, PERSONAL REPRESENTATVE | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM RDUTY@YOURCASEMATTERS.COM |
| ESTATE OF BEDIE FINLEY BY AND THROUGH ANN PATE PERSONAL REPRESENTATIVE | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM RDUTY@YOURCASEMATTERS.COM |
| ESTATE OF DOROTHY MENDOLA | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM RDUTY@YOURCASEMATTERS.COM |
| ESTATE OF FRANCES PAULINE HARPER BY JUDY ANN SILENCE, PR | C/O MCHUGH FULLER LAW GROUP | LANCE@MRWLAWGROUP.COM |
| ESTATE OF GEORGIA ROSELEE WREN BY AND THROUGH FAYERAN L. NORMAN, PERSONAL REPRESENTATIVE | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM RDUTY@YOURCASEMATTERS.COM |
| ESTATE OF PORTER WILEY SR. BY AND THROUGH LILLIE WILEY, PERSONAL REPRESENTATIVE | C/O MENDES, REINS & WILANDER + WILKES & MCHUGH | INTAKETEAM@MRWLAWGROUP.COM CONTACT@YOURCASEMATTERS.COM RDUTY@YOURCASEMATTERS.COM |
| ESTATE OF SHEILA BALDREE BY AND THROUGH DOUGLAS STALLEY, PR | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM RDUTY@YOURCASEMATTERS.COM |
| ESTATE OF WAVER NASH BY AND THROUGH SADIE JANE BELLEMY, PR | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM RDUTY@YOURCASEMATTERS.COM |
| FC ENCORE GREEN COVE SPRINGS, LLC & FC ENCORE PERRY, LLC | C/O FERGUSON BRASWELL FRASER KUBASTA P.C. | LAIKEN@FBFK.LAW |
| FC ENCORE GREEN COVE SPRINGS, LLC & FC ENCORE PERRY, LLC | C/O SAUL EWING ARNSTEIN & LEHR LLP | JOHN.DEMMY@SAUL.COM |
| FINANCIAL PACIFIC LEASING INC. | | FINPAC@FINPAC.COM |
| FLORIDA STATE TREASURY | | FLORIDAUNCLAIMEDPROPERTY@MYFLORIDACFO.COM |
| GARY D. BASS | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM RDUTY@YOURCASEMATTERS.COM |
| GENESIS REHABILITATION SVCS | MICHAEL SHERMAN, SENIOR VICE PRESIDENT, GENERAL COUNSEL | SOLUTIONSBYGRS@GENESISHCC.COM INFO@GENESISHCC.COM |
| HEALTHCARE SERVICES GROUP | JASON BUNDICK, ESQ. | INFO@HCSGCORP.COM |
| HEALTHCARE SERVICES GROUP, INC. | C/O STEVENS & LEE, P.C. | RL@STEVENSLEE.COM |
| HEALTHCARE SERVICES GROUP, INC. | C/O STEVENS & LEE, P.C. | DWG@STEVENSLEE.COM |
| JAMES EDWARD FOSTER | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM RDUTY@YOURCASEMATTERS.COM |
| KENTUCKY CABINET FOR HEALTH AND FAMILY SERVICES | | CHFS.LISTENS@KY.GOV |
| KENTUCKY STATE TREASURER | | UNCLAIMED.PROPERTY@KY.GOV |
| KEY BANK NATIONAL ASSOCIATION | | INVESTOR_RELATIONS@KEYBANK.COM |
| MARY HOLT BY AND THROUGH TERESA MARGRAF, AS PERSONAL REPRSENTATIVE OF THE ESTATE | C/O DISTASIO LAW FIRM | INFO@DISTASIOFIRM.COM |
| MARY JEWELL FOR WILLIAM JEWELL, DECEASED | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM RDUTY@YOURCASEMATTERS.COM |
| MEDLINE INDUSTRIES INC | ATTN: JIMMY ABRAMS, COO | FINANCE@MEDLINE.COM |
| MICROSOFT CORPORATION | ATTN: DEV STAHLKOPF | DEV.STAHLKOPF@MICROSOFT.COM |
| MINNESOTA DEPT OF COMMERCE | | HOLDER.UNCLAIMED@STATE.MN.US |
| MINNESOTA HEALTH CARE ADMINISTRATION | | DHMH.HEALTHMD@MARYLAND.GOV |
| MODCOMP INC | ALEXANDER R LUPINETTI | HELLO@CSPI.COM |

In re: CMC II, LLC, et al.
Case No. 21-10461 (JTD)

Page 2 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| NFS LEASING, INC. | | INFO@NFSLEASING.COM |
| OFFICE BUSINESS SOLUTIONS LLC AND/OR ASSIGNEE | | BRANDON@OFFICESOLUTIONS.COM |
| OFFICE OF THE U.S. TRUSTEE | ATTN: LINDA J. CASEY,ESQ. TRIAL ATTORNEY US DOJ | LINDA.CASEY@USDOJ.GOV |
| OHIO DEPT OF COMMERCE | DIVISION OF UNCLAIMED FUNDS | UNFDCLAIMS@COM.STATE.OH.US |
| OMNICARE INC | ATTN: PAUL BRODNICKI II, GENERAL COUNSEL | PAUL.BRODNICKI@OMNICARE.COM |
| PEOPLES UNITED BANK | | PAMELA.DUMAS@PEOPLES.COM |
| PIVOT HEALTH LAW, LLC | SUSAN N. GOODMAN - PATIENT CARE OMBUDSMAN | SGOODMAN@PIVOTHEALTHAZ.COM<br>PIVOTHEALTHAZ@GMAIL.COM |
| PNC EQUIPMENT FINANCE, LLC | | INVESTOR.RELATIONS@PNC.COM |
| RICHARD JOHN BROWN | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM<br>RDUTY@YOURCASEMATTERS.COM |
| ROBERT A. LEE BY AND THROUGH ROBERT E. LEE, ATTORNEY IN FACT | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM<br>RDUTY@YOURCASEMATTERS.COM |
| RUTH ANN DUGAN BY AND THROUGH ROSEMARIE CASEMAN, ATTORNEY-IN-FACT | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM<br>RDUTY@YOURCASEMATTERS.COM |
| SANDRA MASTERS | C/O WILKES & MCHUGH - TAMPA | CONTACT@YOURCASEMATTERS.COM<br>RDUTY@YOURCASEMATTERS.COM |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | NYROBANKRUPTCY@SEC.GOV |
| SHARON MILLER AS ADMIN OF ESTATE OF SUTTERPHINE MILLER | C/O WILLIAMS, NEWMAN, WILLIAMS | PAUL@WNWLEGAL.COM |
| SOUTH CAROLINA STATE TREASURY | | UNCLAIMEDPROPERTY@STATE.SD.US |
| STATE OF FLORIDA DEPARTMENT OF REVENUE | | EMAILDOR@FLORIDAREVENUE.COM |
| STATE OF TENNESSEE | | UCP.INFORMATION@TN.GOV |
| TAYLOR COUNTY | TAYLOR COUNTY TAX COLLECTOR | WEBMASTER@TAYLORCOUNTYGOV.COM |
| TENNESSEE DIVISION OF TENNCARE | | TENN.CARE@TN.GOV |
| TRIDENT | ATTN: TOM MCCAFFERY, GENERAL COUNSEL | GLENN.CHRISTENSON@TRIDENTUSAHEALTH.COM |
| TRIDENT HOLDING COMPANY, LLC | C/O TOGUT, SEGAL & SEGAL LLP | FRANKOSWALD@TEAMTOGUT.COM<br>MNESTER@TEAMTOGUT.COM |
| U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES | | MEDIA@HHS.GOV |
| U.S. DEPARTMENT OF JUSTICE | CIVIL DIVISION | ALASTAIR.M.GESMUNDO@USDOJ.GOV<br>MINIARD.CULPEPPER@USDOJ.GOV |
| VAR TECHNOLOGY FINANCE | | KARCHIBALD@VARNOW.COM<br>HWEAVER@VARNOW.COM |
| VIRGINIA DEPT OF MEDICAL ASSISTANCE | ATTN DIRECTORS OFFICE | DMASINFO@DMAS.VIRGINIA.GOV |
| WEST VIRGINIA DEPT OF HEALTH & HUJMAN RESOURCES | OFFICE OF THE SECRETARY | DHHRSECRETARY@WV.GOV |
| WEST VIRGINIA TREASURER'S OFFICE | | CHECKHOTLINE@WVSTO.GOV |
| WILLIAM C. AKERS, JR. INDIVIDUALLY & AS ADMINISTRATOR OF ESTATE OF ELEWEASE AKERS | C/O MARKS, BALETTE, GIESSEL & YOUNG, PLLC | INFO@MARKSFIRM.COM |

In re: CMC II, LLC, et al.
Case No. 21-10461 (JTD)

Page 3 of 3