# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter: 11 |
| CMC II, LLC, | Case No.: 21-10461 (JTD) |
| Debtors.[1] | (Jointly Administered)<br>**Hearing Date: May 13, 2021, 2021 at 2:00 p.m. (ET)**<br>**Obj. Deadline: May 6, 2021 at 4:00 p.m. (ET)** |

## DECLARATION IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 28 USC Section 1746, Clifford Zucker declares as follows :

1.  I am a Senior Managing Director with FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), an international consulting firm. I submit this Declaration on behalf of FTI (the "Declaration") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of CMC II, LLC, the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for an order authorizing the employment and retention of FTI as financial advisor under the terms and conditions set forth in the Application. Except as otherwise noted[2], I have personal knowledge of the matters set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: CMC II, LLC (6973), Salus Rehabilitation, LLC (4037), 207 Marshall Drive Operations LLC (8470), 803 Oak Street Operations LLC (3900), Sea Crest Health Care Management, LLC (2940), and Consulate Management Company, LLC (5824). The address of the Debtors' corporate headquarters is 800 Concourse Parkway South, Maitland, Florida 32751.

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

1

6389686

**Disinterestedness and Eligibility**

2. In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on Exhibit A to this Declaration. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI. A listing of such relationships that FTI identified during this process is set forth on Exhibit B to this Declaration.

3. Based on the results of its review, except as otherwise discussed herein FTI does not have a relationship with any of the parties on Exhibit A in matters related to these proceedings. FTI has provided and could reasonably expect to continue to provide services unrelated to the Debtors' cases for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge, FTI does not hold or represent any interest adverse to the estate, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

4. It is my understanding that FTI previously performed litigation services on behalf of debtor Consulate Management Company regarding the matter *U.S. and Florida ex. rel. Ruckh v. Consulate Management Company* (the "FTI Consulate Engagement"). FTI was retainined on the Consulate Engagement in November 2015 and performed services through February 2017. FTI is not owed any ouststanding fees relating the the Consulate Engagement.

5. In order to maintain the confidentiality of the client information in connection with FTI's engagement on behalf of the Committee (the "FTI Committee Engagement"), FTI will

protect the client information through the use of its Ethical Wall procedures. In conjunction with the foregoing, FTI has established and will maintain the following internal procedures: (i) each FTI professional on the FTI Committee Engagement ("FTI Committee Professionals") and the FTI Consulate Engagement ("FTI Consulate Professionals") shall acknowledge in writing that he or she may receive certain nonpublic information and that he or she is aware of the information wall in effect and will follow the information wall procedures therein; (ii) FTI Committee Professionals will not directly or indirectly share any nonpublic information generated by, received from or relating to Committee activities or Committee membership with FTI Consulate Professionals, and FTI Consulate Professionals will not directly or indirectly share any nonpublic information generated by, received from or relating to the FTI Consulate Engagement, with FTI Committee Professionals, except that a good-faith communication of publicly available information shall not be presumed to be a breach of the obligations of FTI or any FTI Committee Professionals or FTI Consulate Professionals under such information wall procedures; (iii) FTI is setting up electronic internal security walls to ensure that only FTI employees involved directly with or working on the FTI Committee Engagement may have access to the information, databases, e-mails, schedules or any other information relating to that engagement; (iv) FTI shall periodically monitor, consistent with its ordinary course compliance practice, communications through electronic means among FTI Committee Professionals and FTI Consulate Professionals to ensure that such exchanges are performed in a manner consistent with the information wall procedures; (v) FTI shall immediately disclose to Committee counsel and the United States Trustee any material breaches of the procedures described herein. If FTI ceases to act as advisor to the Committee, it will continue to follow the procedures set forth above until a plan has been confirmed in the Debtors' chapter 11 case or the chapter 11 case has been converted or dismissed.

6389686

6. Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in these proceedings.

7. In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the estate, and none are in connection with these cases.

8. FTI is not believed to be a "Creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the FTI engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

9. As such, to the best of my knowledge, FTI does not hold or represent any interest adverse to the estate, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

10. It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a Bankruptcy Rule 2014(a) Supplemental Declaration.

**Professional Compensation**

11.     Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines and local rules, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to this retention application and future fee applications as approved by the court. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application for the employment of FTI. These hourly rates are adjusted periodically.

12.     According to FTI's books and records, during the ninety day period prior to the Debtors' petition date, FTI performed no professional services or incurred any reimbursable expenses on behalf of the Debtors.

13.     To the best of my knowledge, a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

I declare under penalty of perjury that the foregoing is true and correct
Executed this 15th day of April, 2021

       /s/ *Clifford Zucker*  
       Clifford Zucker

6389686

# **EXHIBIT A**

**Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships**

**Debtors**
207 Marshall Drive Operations LLC
803 Oak Street Operations LLC
CMC II, LLC
Consulate Management Company, LLC
Salus Rehabilitation, LLC
Sea Crest Health Care Management, LLC

**Equity Security Holders**
Arnold Whitman
Aryeh Platschek
Ben Landa
Bob Hartman
Columbia Pacific
Shelly Salcam
Steve Fishman
Zvi Tress

**Affiliates/JV**
10040 Hillview Road Operations LLC
1010 Carpenters Way Operations LLC
1026 Albee Farm Road Operations LLC
1061 Virginia Street Operations LLC
1111 Drury Lane Operations LLC
1120 West Donegan Avenue Operations LLC
11565 Harts Road Operations LLC
12170 Cortez Boulevard Operations LLC
125 Alma Boulevard Operations LLC
1445 Howell Avenue Operations LLC
1465 Oakfield Drive Operations LLC
1507 South Tuttle Avenue Operations LLC
15204 West Colonial Drive Operations LLC
1550 Jess Parrish Court Operations LLC
1615 Miami Road Operations LLC
1820 Shore Drive Operations LLC
1851 Elkcam Boulevard Operations LLC
1937 Jenks Avenue Operations LLC
195 Mattie M. Kelly Boulevard Operations LLC
207 Marshall Drive Operations LLC
216 Santa Barbara Boulevard Operations LLC
2333 North Brentwood Circle Operations LLC
2401 NE 2nd Street Operations LLC
2599 NW 55th Avenue Operations, LLC
2826 Cleveland Avenue Operations LLC
2916 Habana Way Operations LLC
2939 South Haverhill Road Operations LLC
3001 Palm Coast Parkway Operations LLC
3101 Ginger Drive Operations LLC
3110 Oakbridge Boulevard Operations LLC
3735 Evans Avenue Operations LLC
3825 Countryside Boulevard Operations LLC
3920 Rosewood Way Operations LLC
4200 Washington Street Operations LLC
4641 Old Canoe Creek Road Operations LLC
500 South Hospital Drive Operations LLC
5065 Wallis Road Operations LLC
518 West Fletcher Avenue Operations LLC
5405 Babcock Street Operations LLC
5725 NW 186th Street Operations, LLC
5901 NW 79th Avenue Operations, LLC
611 South 13th Street Operations LLC
626 North Tyndall Parkway Operations LLC
6305 Cortez Road West Operations LLC
6414 13th Road South Operations LLC
650 Reed Canal Road Operations LLC
6700 NW 10th Place Operations LLC
6931 W Sunrise Boulevard Operations, LLC
702 South Kings Avenue Operations LLC
710 North Sun Drive Operations LLC
741 South Beneva Road Operations LLC
777 Ninth Street North Operations LLC
7950 Lake Underhill Road Operations LLC
803 Oak Street Operations LLC
9035 Bryan Dairy Road Operations LLC
9311 South Orange Blossom Trail Operations LLC
9355 San Jose Boulevard Operations LLC
9400 SW 137th Avenue Operations, LLC
Alpha Health Care Properties, LLC
Ambassador Ancillary Services, LLC
Ambassador Rehabilitative Services, LLC
AON Risk Services, Inc.
Ashland Facility Operations, LLC

Ashton Court Healthcare, LLC
Assisted Living at Frostburg Village Facility
Augusta Facility Operations, LLC
Augusta Health Care Properties, LLC
Baya Nursing and Rehabilitation, LLC
Bayonet Point Facility Operations, LLC
Bossier Healthcare, LLC
Brandon Facility Operations, LLC
Brentwood Meadow Health Care Associates, LLC
Briley Facility Operations, LLC
Brownsboro Hills Healthcare, LLC
Canonsburg Property Investors, LLC
Capital Health Care Associates, LLC
Cardinal North Carolina Healthcare, LLC
Carey Facility Operations, LLC
Cary Healthcare, LLC
Catalina Gardens Health Care Associates, LLC
Catalina Health Care Associates, LLC
Centennial Acquisition Corporation
Centennial Employee Management, LLC
Centennial Five Star Master Tenant, LLC
Centennial Healthcare Corporation
Centennial Healthcare Holding Company, LLC
Centennial Healthcare Investment Corporation
Centennial Healthcare Management Corporation
Centennial Healthcare Properties Corporation
Centennial Healthcare Properties, LLC
Centennial Management Investment, LLC
Centennial Master Subtenant, LLC
Centennial Master Tenant, LLC
Centennial Newco Holding Company, LLC
Centennial Professional Therapy Services
Centennial SEHC Master Tenant, LLC
Centennial Service Corporation-Grant Park
Charlwell Healthcare, LLC
Chenal Healthcare, LLC
Cheswick Facility Operations, LLC
Chic Holding Company, LLC
CHMC Holding Company, LLC
CHPC Holding Company, LLC
Clay County Healthcare, LLC
Clearwater Healthcare, LLC
CMC II, LLC
Coastal Administrative Services, LLC
Coastal Management Investment, LLC
Connected Solutions Group LLC
Consulate EV Acquisition, LLC
Consulate EV Master Tenant, LLC
Consulate EV Operations I, LLC
Consulate Facility Leasing, LLC
Consulate Management Company, LLC

Consulate MZHBS Leaseholdings, LLC
Consulate NHCG Leaseholdings, LLC
Corporation
Country Meadow Facility Operations, LLC
CPSTN Management, LLC
Crestline Facility Operations, LLC
Cypress Manor Health Care Associates, LLC
Cypress Square Health Care Associates, LLC
D.C. Medical Investors Limited Partnership
Dolphins View Healthcare, LLC
Donegan Square Health Care Associates, LLC
Down East Healthcare, LLC
Edinborough Square Health Care Associates, LLC
Emerald Ridge Healthcare, LLC
Envoy Health Care, LLC
Envoy Management Company, LLC
Envoy of Alexandria, LLC
Envoy of Denton, LLC
Envoy of Forest Hills, LLC
Envoy of Fork Union, LLC
Envoy of Goochland, LLC
Envoy of Lawrenceville, LLC
Envoy of Norfolk, LLC
Envoy of Pikesville, LLC
Envoy of Richmond, LLC
Envoy of Somerset, LLC
Envoy of Staunton, LLC
Envoy of Williamsburg, LLC
Envoy of Winchester, LLC
Envoy of Woodbridge, LLC
Epsilon Health Care Properties, LLC
Ferriday Healthcare, LLC
Florida Health Care Properties, LLC
Floridian Facility Operations, LLC
Forrest Oakes Healthcare, LLC
Franklinton Healthcare, LLC
Frostburg Facility Operations, LLC
Garden Court Healthcare, LLC
Gateway Healthcare, LLC
Genoa Healthcare Consulting, LLC
Genoa Healthcare Group, LLC
Glenburney Healthcare, LLC
Governor's Creek Health and Rehabilitation Center
Grant Park Nursing Home Limited Partnership
Grayson Facility Operations, LLC
Greenfield Facility Operations, LLC
Harbor Pointe Facility Operations, LLC
Health Services
Hilltop Mississippi Healthcare, LLC
Hilltopper Holding Corp.
Hollywell Healthcare, LLC

Hunter Woods Healthcare, LLC
Hurstbourne Healthcare, LLC
Jacksonville Facility Operations, LLC
Jennings Healthcare, LLC
Kannapolis Healthcare, LLC
KD Healthcare, LLC
Kenton Facility Operations, LLC
Kenwood View Healthcare, LLC
Kimwell Healthcare, LLC
Kings Daughters Facility Operations, LLC
Kissimmee Facility Operations, LLC
Lake Parker Facility Operations, LLC
Lakeland Facility Operations, LLC
LaVie Care Centers, LLC
Legends Facility Operations, LLC
Libby Healthcare, LLC
Lincoln Center Healthcare, LLC
Locust Grove Facility Operations, LLC
LTC Insurance Associates, LLC
Lucasville I Facility Operations, LLC
Lucasville II Facility Operations, LLC
Luther Ridge Facility Operations, LLC
LV CHC Holdings I, LLC
LV Investment, LLC
LV Operations I, LLC
LV Operations II, LLC
LVE Holdco, LLC
LVE Master Tenant 1, LLC
LVE Master Tenant 2, LLC
LVE Master Tenant 3, LLC
LVE Master Tenant 4, LLC
LVFH Master Tenant, LLC
LVSC Holdings, LLC
LVT Master Tenant, LLC
Ma Healthcare Holding Company, LLC
Manor at St. Luke Village Facility Operations, LLC
Marshall Health and Rehabilitation Center
McComb Healthcare, LLC
Melbourne Facility Operations, LLC
Miami Facility Operations, LLC
Milton Healthcare, LLC
MLNM Master Tenant, LLC
Montclair Healthcare, LLC
Mount Royal Facility Operations, LLC
NENC Healthcare Holding Company, LLC
New Harmonie Healthcare, LLC
New Port Richey Facility Operations, LLC
Newport News Facility Operations, LLC
Norfolk Facility Operations, LLC
North Carolina Master Tenant, LLC
North Fort Myers Facility Operations, LLC
North Strabane Facility Operations, LLC
NSPR Care Centers, LLC
NSPR Operations I, LLC
NSPR Operations II, LLC
NSPRMC, LLC
Oak Grove Healthcare, LLC
Oaks at Sweeten Creek Healthcare, LLC
Omro Healthcare, LLC
Operations, LLC
Operations, LLC
Orange Park Facility Operations, LLC
Osprey Nursing and Rehabilitation, LLC
Paloma Blanca Health Care Associates, LLC
Parkside Facility Operations, LLC
Parkview Facility Operations, LLC
Parkview Healthcare, LLC
Parkview Manor Healthcare, LLC
Parkwell Healthcare, LLC
Pavilion at St. Luke Village Facility Operations, LLC
Penn Village Facility Operations, LLC
Pennknoll Village Facility Operations, LLC
Pensacola Facility Operations, LLC
Perry Village Facility Operations, LLC
Pheasant Ridge Facility Operations, LLC
Piketon Facility Operations, LLC
Pine River Healthcare, LLC
Pinelake Healthcare, LLC
Pinewood Healthcare, LLC
PM Realty Group
Port Charlotte Facility Operations, LLC
Prine Systems Inc.
QCPMT, LLC
RAC Insurance Investors, LLC
Reeders Facility Operations, LLC
Retirement Village of North Strabane Facility
RF Technologies Inc.
Ridgewood Facility Operations, LLC
Riley Healthcare, LLC
Riverbend Healthcare, LLC
Riverview Of Ann Arbor Healthcare, LLC
Royal Terrace Healthcare, LLC
Safety Harbor Facility Operations, LLC
Salus Management Investment, LLC
Salus Rehabilitation, LLC
Sarasota Facility Operations, LLC
Sea Crest Health Care Management, LLC
Sheridan Indiana Healthcare, LLC
Shoreline Healthcare Management, LLC
Skyline Facility Operations, LLC
South Carolina Facility Operations, L.L.C.

Southpoint Health Care Associates, LLC
St. Petersburg Facility Operations, LLC
Starkville Manor Healthcare, LLC
Stratford Facility Operations, LLC
Summit Facility Operations, LLC
Susquehanna Village Facility Operations, LLC
Swan Pointe Facility Operations, LLC
Tallahassee Facility Operations, LLC
Tarpon Health Care Associates, LLC
THS Partners I, Inc.
THS Partners II, Inc.
Transitional Health Partners D/B/A Transitional
Transitional Health Services, Inc.
Valley View Healthcare, LLC
Vapamt, LLC
Vero Beach Facility Operations, LLC
VNTG HD Master Tenant, LLC
Walnut Cove Healthcare, LLC
Wayne Healthcare, LLC
Wellington Healthcare, LLC
Wellston Facility Operations, LLC
West Altamonte Facility Operations, LLC
West Palm Beach Facility Operations, LLC
Westerville Facility Operations, LLC
Westwood Healthcare, LLC
Whispering Hills Facility Operations, LLC
Whitehall Of Ann Arbor Healthcare, LLC
Whitehall Of Novi Healthcare, LLC
Williamsburg Facility Operations, LLC
Willowbrook Healthcare, LLC
Wilora Lake Healthcare, LLC
Windsor Facility Operations, LLC
Winona Manor Healthcare, LLC
Winter Haven Facility Operations, LLC
Woodbine Healthcare, LLC
Woodstock Facility Operations, LLC

**Professionals**
Alvarez & Marsal North America, LLC
Bankruptcy Management Solutions, Inc.
Chipman Brown Cicero & Cole, LLP
Evans Senior Investments (ESI)
JS Evans LLC d/b/a Evans Senior Investments
Midcap Financial Services, LLC
Skadden Arps Slate Meagher & Flom LLP
Stretto

**Banks/Lenders/Other Third Party Providers**
Alternative Service Concepts, LLC
Automatic Data Processing, Inc. (ADP)
Concur
Elan Financial Services
Optum Bank
PayActiv, Inc.
PNC Financial Services
Regions Financial Corporation
Seacoast Bank
Wells Fargo Bank N.A.

**Insurance**
ACE USA
AFCO
Arch Insurance Company
Ategrity Specialty Insurance Co
Axis Surplus Insurance Corp
Chubb Bermuda Insurance Ltd
Colony Insurance Co
Crum & Forster Specialty Insurance Co
Endurance American Specialty
Everest Indemnity Insurance Co
Hartford Insurance
Hudson Excess Insurance Company
Indian Harbor
Ironshore Specialty Insurance Co
Lexington Insurance Co
Lloyd's Of London
Maxum Indemnity Company
RSUI Group, Inc.
Travelers Property Casualty Co Of America
UnitedHealthcare
Westchester Surplus Lines Insurance Co
Westfield Bank, FSB
XL Insurance

**Landlords**
Concourse LLC
FC Encore
FC Encore Properties HK, LLC
KBS Capital Advisors, LLC
KBS Sor Crown Pointe, LLC
Pheasant Ridge Office Buildings, LLC
THNYIF REIV Mike, LLC
Williams Mullen

**Official Creditors' Committee Members**
Angela Ruckh, as Relator for the United States of America
Medline Industries Inc
Sharon Ann Outwater

**Official Creditors' Committee Members' Attorneys**

6389686

Kellogg, Hansen, Figel, Todd and Frederick
Wilkes & Associates

**Official Creditors' Committee Attorneys**
Porzio, Bromberg, & Newman

**Largest Unsecured Creditors**
Ann Pate
Bertha Owsley
Brian Fike
Dorothy Fleming
Elewease Akers
Estate of Annie Ruth Hurley
Estate of Audrey G. Parker
Estate of Bedie Finley
Estate of Doroty Mendloa
Estate of Frances Pauline Harper
Estate of Georgia Roselee Wren
Estate of Porter Wiley Sr.
Estate of Sheila Baldree
Estate of Sutterphine
Estate of Waver Nash
Fayeran L. Norman
Gary D. Bass
Gary Parker
Genesis Rehabilitation Services
Healthcare Services Group
James Edward Foster
Lillie Wiley
Manis Owsley
Mary Holt
Mary Jewell
Microsoft Corporation
Modcomp Inc.
Omnicare Inc.
Richard John Brown
Robert A. Lee
Ruth Ann Dugan
Sandra Masters
Sharon Miller
The Estate of Robert Fike
Trident Holding Company, LLC
William C. Akers, Jr.
Willim Jewell

**Office of the U.S. Trustee**
Andrew R. Vara
Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana

Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jeffrey Heck
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Ramona Vinson
Richard Schepacarter
Robert Agarwal
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

**Officers and Directors**
Alan J. Carr
Christopher Bryson
Daniel E. Dias
Gregory L. Hayes
Kenneth S. Ussery
Russell D. Ragland, Jr.
Steven A. Van Camp
Todd B. Mehaffey

**Other Significant Creditors**
Canadian Imperial Bank of Commerce (CIBC)
Omega Healthcare Investors

**Taxing Authorities/Regulatory Agencies**
Agency for Health Care Administration
Alabama Department of Revenue
Arkansas Department of Finance and Administration
California Tax Service Center
City of Roanoke Treasurer
Clay County Tax Collector
Comptroller of Maryland
Dekalb County Tax Commissioner, Collections Division
Georgia Department of Revenue
Internal Revenue Service
Kentucky Department of Revenue
Louisiana Department of Revenue
Medicaid

6389686

Medicare
Minnesota Department of Revenue
Mississippi Department of Revenue
North Carolina Department of Revenue
Ohio Department of Taxation
Orange County Tax Collector
Pennsylvania Department of Revenue
South Carolina Department of Revenue
State of Florida Department of Revenue
Taylor County
Tennessee Department of Revenue
UNUM Group
Virginia Department of Taxation
West Virginia State Tax Department

**Unions**
WellCare

**United States Bankruptcy Court for the District of Delaware**
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Claire Brady
Danielle Gadson
Hon. Brendan L. Shannon
Hon. Christopher S. Sontchi
Hon. John T. Dorsey
Hon. Karen B. Owens
Hon. Laurie Selber Silverstein
Hon. Mary F. Walrath
Jill Walker
Joan Ranieri
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Rachel Bello
Robert Cavello

**Vendors (incl. Utilities)**
Ability Network Inc
ACR Solutions LLC
Adolfo C Dulay MD PA
Advanced Disposal
Agency for Health Care Admin
Allbridge (Bulk TV)
Allbridge LLC
Allegiance Corporation
American Arbitration Association
American Health Care Assn

Amerigas
Appextremes LLC
Arbor Temporary Services
AVSC Holding Corporation
B&B Utility Services LLC
Barracuda Networks Inc
Bill Mullen
BSI
Bulk TV Top Co LLC
C Gurol Erbay MD PA
C&C Meditec LLC
Care Tech Solutions, Inc.
CCA Financial LLC
CDW Government
Cellhire USA LLC
Center State Electric Inc
CenturyLink
Charles Schwab Bank
Chartwell Partners
City of Green Cove Springs
City of Perry
Clay County Tax Collector
CNL Inc
Comcast
ComplianceLine LLC
Concur Technologies Inc
Continental American Insurance
Data Sales Co Inc
DataSite Atlanta SF LLC
Davidoff Hutcher & Citron, LLP
Dell Financial Services LLC
Derwent & Associates PLLC
Dias & Associates PA
Direct Supply
DirectEmployers Association
Drivetrain Advisors Ltd
Duke Energy
DynaFire Inc.
EyeMed
FairPoint Communications, Inc.
FC Encore Master Landlord A
FC Investors XXI, LLC
FHCA
First Coast Service Options
First Insurance Funding Corp
Florida Dept of Revenue
Ford Dean & Rotundo, PA
Georgia Department of Revenue
Greyson Communications, Inc.
Hanmi Bank
Hertz Corporation

6389686

Hodges-Mace, LLC
Holli Lin Jones
Home Depot USA Inc
Huntington Technology Finance
iCIMS, Inc.
Ig Igloo Holdings Inc
Indeed Inc
Infor (US), Inc
Inpatient Consultants Of Florida Inc.
International Union
Iron Mountain
Jeff Rader
Joerns, LLC
JYP Orlando, LLC.
KBS Strategic Opportunity REIT
Kno2 LLC
L. Siegel
Lands' End Inc.
Lawrence R. Siegel, Esq.
Level 3 Communications LLC
LinkedIn Corporation
Lojek, Agnes
Maitland Concourse Holdings
Majority Forward Fund
Marsh USA Inc
Marshall Health- Petty Cash
Medic Air Systems Inc
Medical Depot Inc
Medical Solutions LLC
MetLife, Inc.
MJM Electric Inc
Monster Worldwide Inc
MoreDirect, Inc.
National Telecom Deployments
Odell Construction Services
Office Business Solutions, LLC
OHI Asset HUD SF CA, LLC
One Nation
Optum Bank Inc.
Orange County Tax Collector
Pamela Rosen, Esq.
PayActiv Inc.
Pheasant Ridge Office Buildings LLC
Pitney Bowes Global Financial Services
Pointclickcare Technologies
Polaris Pharmacy Services
Powell Trachtman Logan Carrle & Lombardo P.C.
Pro Nail Supply
Profit Recovery Partners LLC
Purchase Power
Purchase Power LLC
Ramba Law Group LLC
Republic Services Inc.
Respiratory Health Services
Robotalker.com LLC
Sagewell Healthcare Benefits
Sawyer Gas
Schock Logistics Inc.
Scott Lithographing Company
Sedgwick Claims Management
ServiceNow, Inc.
Sharp Business Systems
Shred-It USA, LLC
Silliter, John
Sirius XM Radio Inc.
Skill Survey Inc.
Smith Health Inc.
Smith, Charles W
Solarwinds Inc.
Sonian Inc.
SSI Group Inc.
Staples Business Advantage
Stephanie Hammer
Stephen Charles Biondi
Stericycle Inc.
Tangoe, Inc.
Taylor County Tax Collector
Team TSI Corporation
TEKsystems Inc.
Telemessage, Inc.
The Lawrence Law Group PA
The Sunshine Group
Thomas, John C.
Time Warner Cable
Twilio, Inc.
United Food and Commercial Workers
United Healthcare Insurance Co
UNUM Life Insurance Co of America
Var Resources, LLC.
Verizon
Verizon Wireless
Wall Street Systems Delaware
Waste Pro
Wells Fargo Vendor Financial Services
West Health Advocate Solutions
Westfield Insurance Company
Westminster Clock Company
Wilkes McHugh PA Trust Account
William G Johnston
William Mathies
Windstream Communications
Windstream Holdings Inc.

6389686

| | |
|---|---|
| Worldwide Distributors Inc | ZipRecruiter Inc |
| Worxtime, LLC | Zoom Video Communications Inc |
| WP Astro Parent | |

6389686

# EXHIBIT B

## Listing of Parties-in-Interest Noted for Court Disclosure

**Relationships in Matters Related to These Proceedings**

None

**Relationships in Unrelated Matters**

**Current**

**Equity Security Holders**
Columbia Pacific

**Affiliates/JV**
RF Technologies Inc.

**Professionals**
Skadden Arps Slate Meagher & Flom LLP

**Banks/Lenders/Other Third Party Providers**
Automatic Data Processing, Inc. (ADP)
Regions Financial Corporation
Wells Fargo Bank N.A.

**Insurance**
ACE USA
Arch Insurance Company
Endurance American Specialty
Hartford Insurance
Lexington Insurance Co
Lloyd's Of London
UnitedHealthcare
XL Insurance

**Landlords**
Williams Mullen

**Official Creditors' Committee Members**
Medline Industries Inc

**Official Creditors' Committee Members' Attorneys**
Kellogg, Hansen, Figel, Todd and Frederick

**Largest Unsecured Creditors**
Microsoft Corporation
Omnicare Inc.

**Other Significant Creditors**
Canadian Imperial Bank of Commerce (CIBC)

**Taxing Authorities/Regulatory Agencies**
Alabama Department of Revenue
Internal Revenue Service
Medicaid
Medicare
Ohio Department of Taxation
Pennsylvania Department of Revenue

**Vendors (incl. Utilities)**
Amerigas
CenturyLink
Comcast
Direct Supply
Duke Energy
Florida Dept of Revenue
Hanmi Bank
Hertz Corporation
Iron Mountain
Level 3 Communications LLC
LinkedIn Corporation
MetLife, Inc.
Pointclickcare Technologies
Republic Services Inc.
ServiceNow, Inc.
Staples Business Advantage
Stericycle Inc.
Time Warner Cable
United Healthcare Insurance Co
Verizon
Verizon Wireless

**Former (Past 2 Years**

**Affiliates/JV**
Pinewood Healthcare, LLC

**Banks/Lenders/Other Third Party Providers**
PNC Financial Services

**Insurance**
Colony Insurance Co

**Taxing Authorities/Regulatory Agencies**
Kentucky Department of Revenue

**Vendors (incl. Utilities)**
CDW Government
Home Depot USA Inc
Marsh USA Inc
Wilkes McHugh PA Trust Account
Windstream Communications
Windstream Holdings Inc.
Zoom Video Communications Inc

6389686