IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CMC II, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10461 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
APRIL 27, 2021 AT 2:00 P.M. (*PREVAILING* EASTERN TIME)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY *VIA* ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsdu6qpjMvG5McdNoPhMsvjJ9URe5Mniw

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**MATTER GOING FORWARD:**

1. Debtors' Application for Appointment of Stretto as Administrative Advisor Effective as of the Petition Date [Docket No. 72, Filed 3/19/21]. DI 72

    Objection Deadline:    April 20, 2021 at 4:00 p.m. (*prevailing* Eastern Time).

    Responses Received:  Informal comments from the United States Trustee.

    Related Pleadings:  None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: CMC II, LLC (6973), Salus Rehabilitation, LLC (4037), 207 Marshall Drive Operations LLC (8470), 803 Oak Street Operations LLC (3900), Sea Crest Health Care Management, LLC (2940), and Consulate Management Company, LLC (5824).  The address of the Debtors' corporate headquarters is 800 Concourse Parkway South, Maitland, Florida 32751.

<u>Status</u>: The parties are continuing to try to resolve this matter.  If a resolution cannot be reached, the Debtor requests to adjourn this hearing to May 13, 2021 at 2:00 p.m. (ET).

Dated: April 23, 2021
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Robert A. Weber*
William E. Chipman, Jr. (No. 3818)
Robert A. Weber (No. 4013)
Mark L. Desgrosseilliers (No. 4083)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:   chipman@chipmanbrown.com
            weber@chipmanbrown.com
            desgross@chipmanbrown.com
            olivere@chipmanbrown.com

*Counsel to the Debtors and*
*Debtors-In-Possession*