## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CMC II, LLC,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 21-10461 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF FILING OF CORRECTED EXHIBIT

PLEASE TAKE NOTICE that on April 30, 2021, the Debtors filed their *Monthly Operating Report for the Period from March 2, 2021 Through March 31, 2021* [Docket No. 236]. Attached hereto is a corrected MOR-2 Debtor Statement of Operations.

Dated: May 19, 2021  
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Robert A. Weber*
William E. Chipman, Jr. (No. 3818)
Robert A. Weber (No. 4013)
Mark L. Desgrosseilliers (No. 4083)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email:        chipman@chipmanbrown.com
                weber@chipmanbrown.com
                desgross@chipmanbrown.com
                olivere@chipmanbrown.com

*Counsel to the Debtors and*
*Debtors-In-Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: CMC II, LLC (6973), Salus Rehabilitation, LLC (4037), 207 Marshall Drive Operations LLC (8470), 803 Oak Street Operations LLC (3900), Sea Crest Health Care Management, LLC (2940), and Consulate Management Company, LLC (5824). The address of the Debtors' corporate headquarters is 800 Concourse Parkway South, Maitland, Florida 32751.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
**MOR-2**
**DEBTOR STATEMENT OF OPERATIONS**
For the period March 1, 2021 through March 31, 2021
(US Dollars in Thousands)
(Unaudited)

| | CMC II, LLC | 803 Oak Street Operations LLC | 207 Marshall Drive Operations LLC | Salus Rehabilitation, LLC | Sea Crest Health Care Management, LLC | Total |
|---|---|---|---|---|---|---|
| Total revenue | $ 5,738 | $ 816 | $ 770 | $ - | $ - | $ 7,323 |
| Operating Costs and Expenses | | | | | | |
| Salaries, wages and benefits | 3,847 | 437 | 340 | - | - | 4,624 |
| Therapy | - | 80 | 81 | - | - | 161 |
| Pharmaceuticals | - | 13 | 4 | - | - | 17 |
| Purchased services | 776 | 100 | 107 | - | - | 983 |
| Utilities | 0 | 15 | 13 | - | - | 27 |
| Insurance | 19 | 33 | 30 | - | - | 83 |
| Provider tax | - | 71 | 74 | - | - | 145 |
| Other expense | 528 | 41 | 37 | - | - | 605 |
| Operating Costs and Expenses | 5,171 | 790 | 685 | - | - | 6,646 |
| **EBITDARM** | **567** | **26** | **85** | **-** | **-** | **678** |
| Management Fees | - | 48 | 41 | - | - | 89 |
| **EBITDAR** | **567** | **(22)** | **44** | **-** | **-** | **589** |
| Lease expense | 144 | 63 | 63 | - | - | 271 |
| **EBITDA** | **423** | **(86)** | **(20)** | **-** | **-** | **318** |
| Depreciation | 160 | 26 | 47 | - | - | 232 |
| Capital lease | - | (63) | (63) | - | - | (127) |
| Interest Expense | 35 | 43 | 43 | - | - | 120 |
| **Net Income (Loss)** | $ 229 | $ (91) | $ (46) | $ - | $ - | $ 92 |