## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| CMC II, *et al.*, [1] | Case No. 21-10461 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL SUBMITTING
## PROPOSED ORDER APPROVING STIPULATION

Undersigned counsel for the debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned, jointly-administered bankruptcy cases, the non-Debtor affiliates identified on Exhibit 1 of the Stipulation as defined below (the "**Non-Debtor Affiliates**"), and Genesis Healthcare, Inc. ("**Genesis**"), Genesis ElderCare Rehabilitation Services, Inc. d/b/a Genesis Rehabilitation Services ("**GRS**") and Respiratory Health Services, LLC ("**RHS**," together with GRS, the "**Creditors**"), hereby certify as follows:

1.      On March 1, 2021, the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "**Petition Date**").

2.      On May 28, 2021, the Court entered an order approving bid procedures (Docket No. 302), which contemplates a process for the assumption of executory contracts and unexpired leases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: CMC II, LLC (6973), Salus Rehabilitation, LLC (4037), 207 Marshall Drive Operations LLC (8470), 803 Oak Street Operations LLC (3900), Sea Crest Health Care Management, LLC (2940), and Consulate Management Company, LLC (5824). The address of the Debtors' corporate headquarters is 800 Concourse Parkway South, Maitland, Florida 32751.

3.      On July 6, 2021, the Debtors served their *Notice of Proposed Assumption, Assignment, and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors* (the "**Notice**").

4.      The Notice listed a Respiratory Care Services Agreement (as amended from time to time, the "**Services Agreement**") signed by debtor CMC II, LLC ("**CMC**") on behalf of the facilities listed in Exhibit A thereto (the "**Facilities**"), including the two facilities operated by debtors 207 Marshall Drive Operations LLC ("**Marshall**") and 803 Oak Street Operations LLC ("**Oak**").  The Services Agreement also covers services provided by RHS to facilities operated by the Non-Debtor Affiliates.

5.      Debtors also included four entries in the Notice related to Genesis that appear to cover three agreements:  an "Equipment Purchase Agreement – Omnicycle"; "Indemnification and Release Agreement"; and "Reduced Pricing for ACP rental equipment with Amendments" (collectively, the "**Genesis Agreements**").

6.      The parties hereto wish to resolve the issues relating to the Notice with respect to the Debtors and to reserve all rights, remedies, and defenses that Creditors and the Non-Debtor Affiliates have pursuant to the Services Agreement and the Genesis Agreements.

7.      To this end, the parties hereto have entered into a *Stipulation Regarding Respiratory Health Services, LLC and  Notice of Proposed Assumption, Assignment, and Cure Amounts with Respect To Certain Executory Contracts and Unexpired Leases of the Debtors* (the "**Stipulation**"), a copy of which is attached as Exhibit 1 to the proposed ordered attached hereto as **<u>Exhibit A</u>** (the "**Proposed Order**").

2

8.      The Stipulation and Proposed Order have been circulated to the Office of the United States Trustee for the District of Delaware, and counsel to the official committee of unsecured creditors (the "**Committee**").  No substantive responses have been received.

WHEREFORE, the parties hereto respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or hearing.

3

Dated: August 3, 2021
     Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLC

*/s/ William E. Chipman*

William E. Chipman, Jr. (No. 3818)
Robert A. Weber (No. 4013)
Mark L. Desgrosseilliers (No. 4083)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Ste. 5400
Wilmington, DE 19801
Tel:    (302) 295-0191
Fax:    (302) 295-0199
Email: Chipman@chipmanbrown.com
        Weber@chipmanbrown.com

*Counsel for the Debtors*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Russell C. Silberglied*

Russell C. Silberglied (No. 3462)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel:    (302) 651-7700
Fax:    (302) 651-7701
Email:  silberglied@rlf.com

-and-

FULTZ MADDOX DICKENS PLC
Phillip A. Martin (admitted *pro hac vice*)
Laura M. Brymer (admitted *pro hac vice*)
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
Tel:    (502) 588-2000
Fax:    (502) 588-2020
Email: pmartin@fmdlegal.com
        lbrymer@fmdlegal.com

*Counsel for Respiratory Health Services, LLC*

RLF1 25779970v.1

*/s/ Daniel E. Dias*

Daniel E. Dias
Chief Corporate Counsel
Non-Debtor Affiliates

*Counsel for the Non-Debtor Affiliates*

RLF1 25779970v.1