# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CMC II, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 21-10461 (JTD)<br><br>(Jointly Administered)<br><br>**Related Docket No. 518** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit A** is the current draft of the Settlement Agreement, Exhibit 1 to the proposed order submitted with Docket No. 518. The attached copy is being filed in redacted form. The Settlement Agreement remains subject to further negotiation and acceptable documentation.

Dated: September 13, 2021
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Robert A. Weber*
William E. Chipman, Jr. (No. 3818)
Robert A. Weber (No. 4013)
Mark L. Desgrosseilliers (No. 4083)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:    chipman@chipmanbrown.com
        weber@chipmanbrown.com
        desgross@chipmanbrown.com
        olivere@chipmanbrown.com

*Counsel to the Debtors and Debtors-In-Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: CMC II, LLC (6973), Salus Rehabilitation, LLC (4037), 207 Marshall Drive Operations LLC (8470), 803 Oak Street Operations LLC (3900), Sea Crest Health Care Management, LLC (2940), and Consulate Management Company, LLC (5824). The address of the Debtors' corporate headquarters is 800 Concourse Parkway South, Maitland, Florida 32751.