| | |
|---|---|
| **In re: CMC II, LLC, et. al.** | **Case No. 21-10461 (JTD)** |
| **Debtors** | **Reporting Period: April 1, 2021 to April 30, 2021 (Amended)** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
**MOR-1**
**CONSOLIDATED STATEMENT OF CASH FLOWS**
For the period April 1, 2021 through April 30, 2021
(US Dollars in Thousands)
(Unaudited)

| | CF Period<br>April 4, 2021 through<br>May 1, 2021 [1] |
|---|---:|
| **Receipts:** | |
| Patient collections | $ 1,627 |
| Medicare advance recoupment | (98) |
| Management fees | 4,456 |
| **Total Receipts** | **5,985** |
| | |
| **Operating Disbursements:** | |
| Payroll and payroll taxes | 3,890 |
| Benefits | 200 |
| Pharmaceuticals | - |
| Medical supplies | - |
| Covid testing | - |
| Purchased services | 232 |
| Insurance | - |
| Taxes | 153 |
| Other trade vendors | 946 |
| Management fees | - |
| Lease payments | - |
| **Total Operating Disbursements** | **5,421** |
| | |
| **Operating Cash Flow** | **564** |
| | |
| Restructuring Professional Fees | 516 |
| | |
| **Cash flow before funding** | **48** |
| | |
| **DIP Funding** | 500 |
| | |
| **Cash flow after funding** | **548** |
| | |
| **Cash Balance:** | |
| Beginning book cash balance | 1,033 |
| Cash flow | 548 |
| Cash reserve : Medicare advance and deferred payroll taxes | 98 |
| Cash reserve : employee benefits claims | - |
| **Ending book cash balance** | **1,678** |
| | |
| **DIP Balance:** | |
| Beginning DIP balance | - |
| Borrowing / (repayment) | 500 |
| Accrued interest and DIP fees | - |
| **Ending DIP balance** | $ **500** |

Notes:
(1) The period presented is based on calendar weeks and includes receipts and disbursements from April 4, 2021 through May 1, 2021, in line with the Company's cash flow reporting cadence.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: CMC II, LLC, et. al. | Case No. 21-10461 (JTD) |
| Debtors | Reporting Period: April 1, 2021 to April 30, 2021 (Amended) |

### MOR 1a(Dec): DECLARATION REGARDING THE STATUS OF BANK RECONCILIATIONS

Paul Rundell hereby declares under penalty of perjury:

1. For the period covered by this report, I was the Chief Restructuring Officer of CMC II, LLC and an authorized signatory for each of the debtors and debtors-in-possession (collectively, the "Debtors"). In that capacity, I am familiar with the Debtors' day-to-day operations, business affairs and books and records. I am authorized to submit this Declaration on behalf of the Debtors.

2. The Debtors submit this Declaration regarding bank reconciliations in lieu of providing copies of bank reconciliation schedules.

3. All statements in this Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors and the professionals retained by the Debtors in these chapter 11 cases, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees and professionals of the Debtors or opinion.

4. The Debtors have approximately $2.0 million in cash as of April 30, 2021. Copies of bank reconciliation schedules are available for inspection upon request by the Office of the United States Trustee.

Dated: September 22, 2021

/s/ Paul Rundell
By: Paul Rundell
Title: Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re: CMC II, LLC, et. al.**  Case No. 21-10461 (JTD)
  **Debtors** Reporting Period: April 1, 2021 to April 30, 2021 (Amended)

### MOR-1b: SCHEDULE OF DISBURSEMENTS BY LEGAL ENTITY [1], [2]
(US Dollars in Thousands)

| Debtor Entity | Bankruptcy Case Number | Disbursements |
|---|---|---|
| CMC II, LLC | 21-10461 | 4,496 |
| 803 Oak Street Operations LLC | 21-10463 | 760 |
| 207 Marshall Drive Operations LLC | 21-10462 | 681 |
| Sea Crest Health Care Management, LLC | 21-10464 | - |
| Salus Rehabilitation, LLC | 21-10460 | - |
| Consulate Management Company, LLC | 21-10465 | - |
| **Total** | | **$ 5,937** |

Notes:

(1) Movements of cash between the Debtors' bank accounts are excluded from disbursements.

(2) Cash disbursements reported above are between April 4, 2021 through May 1, 2021, in line with the Company's cash flow reporting cadence.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re: CMC II, LLC, et. al.**  Case No. 21-10461 (JTD)
     **Debtors**  Reporting Period: April 1, 2021 to April 30, 2021 (Amended)

**MOR 1b(Dec): DECLARATION REGARDING THE SCHEDULE OF DISBURSEMENTS**

Paul Rundell hereby declares under penalty of perjury:

1. For the period covered by this report, I was the Chief Restructuring Officer of CMC II, LLC and an authorized signatory for each of the debtors and debtors-in-possession (collectively, the "Debtors"). In that capacity, I am familiar with the Debtors' day-to-day operations, business affairs and books and records. I am authorized to submit this Declaration on behalf of the Debtors.

2. The Debtors submit this Declaration regarding cash disbursements in lieu of providing copies of the cash disbursements schedules.

3. All statements in this Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors and the professionals retained by the Debtors in these chapter 11 cases, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees and professionals of the Debtors or opinion.

4. The Debtors have, on a timely basis, disbursed approximately $5.9 million for post petition amounts and prepetition amounts payable under one or more orders entered by the Bankruptcy Court for the period of April 4, 2021 through May 1, 2021. Copies of the cash disbursement schedules are available for inspection upon request by the Office of the United States Trustee.

Dated: September 22, 2021

/s/ Paul Rundell
By: Paul Rundell
Title: Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: CMC II, LLC, et. al.  
    Debtors

Case No. 21-10461 (JTD)  
Reporting Period: April 1, 2021 to April 30, 2021 (Amended)

**MOR 1c: SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
(US Dollars)

| Payee | Role in the case | Period Covered | Amount Paid 4/4 - 5/1 Fees | Expenses | Case-To-Date Fees | Expenses |
|---|---|---|---:|---:|---:|---:|
| Stretto | Claims and noticing agent | 3/2/2021 - 3/31/2021 | 86,980 | - | 86,980 | - |
| Drivetrain (Alan Carr) | Independent Director to the Debtors | Month of March | 40,000 | - | 40,000 | - |
| Alvarez & Marsal North America, LLC | Financial Advisor to the Debtors | 3/2/2021 - 3/31/2021 | 319,285 | - | 319,285 | - |
| US Trustee | US Trustee fees for 1st quarter 2021 | 3/2/2021 - 3/31/2021 | 70,050 | - | 70,050 | - |
|  |  |  | $ 516,314 | $ - | $ 516,314 | $ - |