**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CMC II, LLC,[1] | Case No. 21-10461 (JTD) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jesse Brown, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 27, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A,** and via electronic mail on the service list attached hereto as **Exhibit B:**

- Debtors' Motion for an Order Approving Settlement Between and Among the Debtors, CPSTN Operations, LLC, the Debtors' Nondebtor Affiliates, the United States of America, the Relator, and the Official Committee of Unsecured Creditors (Docket No. 518)

- Notice of Filing of Settlement Agreement (Docket No. 562)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 27, 2021

_____
Jesse Brown

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 27th day of September 2021 by Jesse Brown.

_____
(Notary's official signature)

```
ANDREW JOSEPH KREHBIEL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214010196
MY COMMISSION EXPIRES MARCH 16, 2025
```

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: CMC II, LLC (6973), Salus Rehabilitation, LLC (4037), 207 Marshall Drive Operations LLC (8470), 803 Oak Street Operations LLC (3900), Sea Crest Health Care Management, LLC (2940), and Consulate Management Company, LLC (5824). The address of the Debtors' corporate headquarters is 800 Concourse Parkway South, Maitland, Florida 32751.

# Exhibit A



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AMIDON NURSE STAFFING LLC | | 3390 KORI ROAD STE 1 | | JACKSONVILLE | FL | 32257 |
| ARETHA BRADHAM | C/O STREETMAN LAW | 505 E JACKSON STREET STE 305 | ATTN: MORGAN STREETMAN | TAMPA | FL | 33602 |
| Canada Linda | c/o Bruner Law Firm | 110 Eglin Pkwy SE | Attn: Vincent Bruner | Fort Walton Beach | FL | 32548 |
| CARE TECH SOLUTIONS INC | Attn: Legal Dept | PO BOX 776074 | | CHICAGO | IL | 60667-6074 |
| CAROLYN CURTIS | C/O FORD DEAN & ROTUNDO | 3323 NE 163 STREET STE 605 | ATTN: MICHAEL ROTUNDO | NORTH MIAMI BEACH | FL | 33160 |
| CONCOURSE LLC | ATTN: LAWRENCE DEERING | 300 SOUTH ORANGE AVE STE 975 | | ORLANDO | FL | 32801 |
| CONCOURSE LLC | C/O BUCHANA INGERSOLL PC | 301 GRANT STREET 20TH FLOOR | ATTN: ROSEMARY CORSETTI | PITTSBURGH | PA | 15219-1410 |
| CONCOURSE LLC | Attn: Legal Dept | PO BOX 865864 | | ORLANDO | FL | 32886-5864 |
| CONFIDENTIAL CREDITOR | | ADDRESS REDACTED | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS REDACTED | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS REDACTED | | | | |
| CONFIDENTIAL CREDITOR | | ADDRESS REDACTED | | | | |
| ESTATE OF SIDNEY PATTERSON | C/O SHEVIN LAW FIRM | 7777 GLADES ROAD STE 212 | ATTN: M NICOLE KRUEGEL | BOCA RATON | FL | 33434 |
| Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| GC BY AND THROUGH BC | BROOKS LEBOEUF BENNETT ET AL | 909 EAST PARK AVENUE | ATTN: SCOTT GWARTNEY | TALLAHASSEE | FL | 32301 |
| JOHN KENDRICK HOWARD | C/O MILES LAW FIRM | 2027 THOMASVILLE ROAD STE 102 | ATTN: ERIC MILLES | TALLAHASSEE | FL | 32308 |
| JONTAVIEN VICKS | C/O ROTSTEIN & SHIFFMAN | 309 OAKRIDGE BLVD STE B | ATTN: JONATHAN ROTSTEIN | DAYTONA | FL | 32118 |
| MONSTER WORLDWIDE INC | ATTN: LEGAL DEPT | 5 CLOCK TOWER PLACE STE 500 | | MAYNARD | MA | 01754 |
| NANCY SANDERS POA JOSEPH SIPLIN | C/O PAUL & PERKINS | 3117 EDGEWATER DRIVE | JASON PAUL & IAN DEPAGNIER | ORLANDO | FL | 32804 |
| Ohio Bureau of Workers Comp | Attn: Legal Dept | PO Box 15567 | | Columbus | OH | 43215-0567 |
| PROFIT RECOVERY PARTNERS LLC | | 2995 RED HILL AVE STE 200 | | COSTA MESA | CA | 92626 |
| PROFIT RECOVERY PARTNERS LLC | C/O NELSON MULLINS | 215 SOUTH MONROE ST STE 400 | ATTN: GINGER BARRY BOYD | TALLAHASSEE | FL | 32301 |
| PROFIT RECOVERY PARTNERS LLC | C/O LAW OFFICES OF TRENTON HILL | 1010 UNION ST #125 | | PASADENA | CA | 91106 |
| SANDREA CRUCE | C/O MORGAN & MORGAN | 313 NORTH MONROE ST STE 401 | ATTN: TODD HUNTER | TALLAHASSEE | FL | 32301 |
| TANGOE INC | | 6100 W 96TH ST STE 200 | | INDIANAPOLIS | IN | 46278-6020 |

In re: CMC II, LLC, et al.
Case No. 21-10461 (JTD)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| AQUATIC CREATIONS | | daneencross@yahoo.com<br>scottcross23@gmail.com |
| CDW DIRECT, LLC | ATTN: RONELLE ERICKSON | roneeri@cdw.com |
| Comptroller Of the Treasury | | TWhite2@marylandtaxes.gov |
| Confidential Creditor | | Email Address Redacted |
| Confidential Creditor | | Email Address Redacted |
| Confidential Creditor | | Email Address Redacted |
| Confidential Creditor | | Email Address Redacted |
| Confidential Creditor | | Email Address Redacted |
| Confidential Creditor | | Email Address Redacted |
| EAST COAST AP MARKETING LLC | | billing@eastcoastap.com |
| Healthcare Services Group, Inc. | c/o Robert Lapowsky, Stevens & Lee, P.C. | robert.lapowsky@stevenslee.com |
| Massachusetts Department of Revenue | Attn: Bankruptcy Unit | lilesk@dor.state.ma.us |
| Microsoft Corporation and Microsoft Licensing | c/o Fox Rothschild LLP | dpapiez@foxrothschild.com<br>mamilano@foxrothschild.com |
| Modcomp Inc. d/b/a CSPi Technology Solutions | Mike Newbanks | mike.newbanks@cspi.com |
| MONSTER WORLDWIDE INC | ATTN: GIUSEPPE W. BARTOLUTTI | giuseppe.bartolutti@monster.com |
| NANCY SANDERS AS POA FOR JOSEPH SIPLIN | C/O PAUL & PERKINS | jpaul@paulandperkins.com<br>idepagnier@paulandperkins.com |
| NM Taxation & Revenue Department | | lisa.ela@state.nm.us |
| Ohio Department of Taxation | Bankruptcy Division | bankruptcydivision@tax.state.oh.us |
| Profit Recovery Partners, LLC | Attn: Paul Bottiaux | paul.bottiaux@prpllc.com |
| Staples Business Advantage | Attn: Tom Riggleman | thomas.riggleman@staples.com |

In re: CMC II, LLC, et al.
Case No. 21-10461 (JTD)

Page 1 of 1