| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Linda | Casey | U.S. Trustee | |
| Rachel | Parisi | Official Committee of Unsecured Creditors | Porzio Bromberg & Newman |
| Jason | Watson | CPSTN Operations, LLC | |
| Christian | Mattaeus | Debtors | Alvarez & Marsal |
| Alastair | Gesmundo | United States of America | Department of Justice |
| Daniel | Gill | Bloomberg Law | |
| narendra | ganti | Official Committee Unsecured Creditors | fti consulting |
| Vince | Sullivan | Law360 | |
| Katie | Stevens | Midcap Funding IV Trust | Vedder Price P.C. |
| Phillip | Martin | Genesis Parties | Fultz Maddox Dickens PLC |
| Soma | Biswas | Dow JOnes | Dow JOnes |
| Paul | Rundell | Debtors | Alvarez & Marsal |
| Joseph | Hall | Angela Ruckh, individually and as Relator | Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. |
| Michael | Leifman | Midcap Funding IV Trust | Vedder Price P.C. |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Minta | Nester | Trident Holding Company and its affiliates | Togut, Segal & Segal LLP |
| Cliff | Zucker | Official Committee of Unsecured Creditors | FTI Consulting |
| Robert | Weber | Debtors | Chipman Brown Cicero & Cole, LLP |
| Leighton | Aiken | FC Encore Green Cove Springs, LLC and FC Encore Perry, LLC | FBFK |
| Robert | Schechter | Official Committee of Unsecured Creditors | Porzio, Bromberg & Newman, P.C. |
| Robert | Axenrod | Interested Party | |
| Travis | Cuomo | Genisis | Richards, Layton & Finger |
| Cheryl | Santaniello | Official Committee of Unsecured Creditors | Porzio, Bromberg & Newman, P.C. |
| Clarissa | Cu | Stretto - Noticing and Claims Agent | Stretto |
| Robert | Fitzgerald | CPSTN Operations, LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Rachael | Smiley | FC Encore Green Cove Springs, LLC and FC Encore Perry, LLC | FBFK |
| Law | Clerk | Court | |
| Nicholas | Caruso | Debtors | Alvarez & Marsal |
| Miniard | Culpepper | U.S. Department of Justice | |
| R. Stephen | McNeill | Sharon Outwater | Potter Anderson & Corroon LLP |
| Silvija | Strikis | Angela Ruckh, individually and as Relator | Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. |
| James | Mazza | CPSTN Operations, LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Joseph | Weissglass | Debtors | Configure Partners |
| Marc | Carmel | Debtors | McDonald Hopkins |
| Stephen | Loden | NuOrion Partners, LLC | Diamond McCarthy LLP |
| William | Chipman | Debtors | Chipman Brown Cicero & Cole, LLP |
| Alan | Carr | Debtors | Drive Train |
| Shannon | Humiston | John Kendrick Howard, individually and as administrator of the estate of William H. Howard | McCarter & English LLP |
| Kevin | Mangan | NuOrion Partners, LLC | Womble Bond Dickinson (US) LLP |
| Ryan | Bartley | Angela Ruckh, individually and as Relator | Young Conaway Stargatt & Taylor, LLP |