IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CMC II, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 21-10461 (JTD)<br><br>(Jointly Administered)<br><br>**Related Docket No. 727** |

**ORDER (I) GRANTING FINAL DECREE CLOSING CERTAIN
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "**Motion**") of the Debtors, pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rules 2002-1(f) and 3022-1; and it appearing that the estates of the Debtors have been fully administered; and the Court having found that good and sufficient cause exists for granting the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The cases of (i) Salus Rehabilitation, LLC (Case No. 21-10460); (ii) 207 Marshall Drive Operations LLC (Case No. 21-10462); (iii) 803 Oak Street Operations LLC (Case No. 21-10463); (iv) Sea Crest Health Care Management, LLC (Case No. 21-10464); and (v) Consulate Management Company, LLC (21-10465) are hereby ***CLOSED*** effective upon the entry of this Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: CMC II, LLC (6973), Salus Rehabilitation, LLC (4037), 207 Marshall Drive Operations LLC (8470), 803 Oak Street Operations LLC (3900), Sea Crest Health Care Management, LLC (2940), and Consulate Management Company, LLC (5824). The address of the Debtors' corporate headquarters is 800 Concourse Parkway South, Maitland, Florida 32751.

3. The case of CMC II, LLC (Case No. 21-10461) (the "Remaining Case") shall remain open pending further Order.

4. Following the filing of a final report, the Debtors are authorized to submit a certification of counsel and proposed form of order to close the Remaining Case and terminate the services of the claims and noticing agent in these cases.

5. On or prior to the date of submission of such certification of counsel or as agreed with the Office of the United States Trustee, the Debtors shall (i) submit a post-confirmation quarterly report for the portion of the fourth quarter of calendar year 2021 during which these Chapter 11 Cases case remained open and (ii) pay all unpaid Section 1930 Fees that are due and owing for such time period. The Office of the United States Trustee for the District of Delaware reserves the right to move to reopen these Chapter 11 Cases in the event that such report is not submitted and all Section 1930 Fees have not been paid on a timely basis.

6. The Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. Notwithstanding anything to the contrary, the terms and conditions of this Order will be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: December 29th, 2021  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE